# W E I T Z

## &

# L U X E N B E R G

### A   P R O F E S S I O N A L   C O R P O R A T I O N
### • L A W   O F F I C E S •

PERRY WEITZ
ARTHUR M. LUXENBERG

700 BROADWAY     NEW YORK, NY 10003-9536
TEL. 212-558-5500          FAX 212-344-5461
WWW.WEITZLUX.COM

BENNO ASHRAFI ♦
JAMES J. BILSBORROW ††
LISA NATHANSON BUSCH ††
CHARLES M. FERGUSON
ALANI GOLANSKI †
ROBIN L. GREENWALD §§
GARY R. KLEIN ††
JERRY KRISTAL •§
ELLEN RELKIN ‡‡ ♦
MICHAEL P. ROBERTS
NICHOLAS WISE ™
GLENN ZUCKERMAN

ANDREW I. BACKINC ≈
RETT BERGMARK
DEVIN BOLTON ‡
ERIN M. BOYLE —
AMBRE J. BRANDIS
JOHN M. BROADDUS ♦ ♦
PATTI BURSHTYN ††
BRANDI C. CHAPLIN ¶
COURTNEY CHLEBINA —
NANCY M. CHRISTENSEN ††
BENJAMIN T. CLINTON
THOMAS COMERFORD †† §

VENUS BURNS ♦
TERESA A. CURTIN ¶¶
BENJAMIN DARCHE
JUSTINE K. DELANEY
ADAM S. DREKSLER
BRANDON DUPREE ‡
F. ALEXANDER EIDEN ¶
TIFFANY R. ELLIS §§*
MICHAEL FANELLI ††
LEONARD F. FELDMAN ¶
STUART R. FRIEDMAN •
MARY GRABISH GAFFNEY ¶
ERICARAE GARCIA ♦♦
ANDREW J. GAYOSO –
DIANA GJONAJ ♦
DANIELLE M. GOLD ††
LAWRENCE GOLDHIRSCH **
BENJAMIN GOLDMAN —
NICHOLAS A.GONSALVES
ROBERT J. GORDON ††
LAURA GREEN ††
CODY M. GREENES ¶
MATTHEW A. GRUBMAN §
NICOLE A. HYATT
MARIE L IANNIELLO ‡*
ERIK JACOBS
JEFFREY S. KANCA ♦♦

DAVID M. KAUFMAN ††
PAULINA R. KENNEDY *
DANIELLE KOVES
JOSH KRISTAL ¶
JARED LACERTOSA
DEBBI LANDAU
LAURA COVEY LASZEWSKI —
DANIEL C. LIPNER
JOSEPH J. MANDIA ‡
COLIN MARKEL
JAMIE MATTERA
BRENDAN A. MCDONOUGH ††
JOSHUA E. MCMAHON
KRISTEN B. MILLER ≈
MICHELLE C. MURTHA ¶§
MELINDA DAVIS NOKES ‡‡
PAUL F. NOVAK *
NICHOLAS OLIVA
JOSIAH W. PARKER ‡
MICHAEL E. PEDERSON
BRANDON H. PERLMAN
JAMES A. PLASTIRAS ††
ADAM C. RAFFO
PIERRE RATZKI
BRITTANY A. RUSSELL –
CHRIS ROMANELLI ††

KYLE A. SCHIEDO †
JARED SCOTTO
BHARATI O. SHARMA ¶
ALEXANDRA SHEF ‡
EDUARDO R. SOTOMAYOR ‡
SAMANTHA E. STAHL
GREGORY STAMATOPOULOS*
TYLER R. STOCK ‡
PETER TAMBINI ††
JAMES S. THOMPSON ††
BENJAMIN VANBARR ♦
CASEY THAL VERVILLE ◊
WILLIAM A. WALSH ≈ ≈
JASON M. WEINER × ×
JASON P. WEINSTEIN
LAUREN A. WEITZ
JUSTIN J. WEITZ
MARK WEITZ
WAYNE A. WILLIAMS *

* Of Counsel
‡ Admitted only in CA
§§ Admitted only in IL
◊ Admitted only in LA
§ Admitted only in MA
• Admitted only in MI
** Admitted only in OH
— Admitted only in PA
‡‡ Also admitted in CA
™ Also admitted in CA
™ Also admitted in CO
‡ Also admitted in CT
§ Also admitted in DC
* Also admitted in FL
♦♦ Also admitted in MA
†† Also admitted in NJ
◊ Also admitted in PA
– Also admitted in WI
‡‡ Admitted only in CA & UT
◊ Admitted only in CA, PA & MI
¶ Admitted only in NJ & PA
◊ Admitted only in NJ PA & WV
◊ Admitted only in OR & MI
× × Also admitted in DC & MD
♦ ♦ Also admitted in MD & NJ
† Also admitted in NJ & CT
* Also admitted in NJ & DC
≈ Also admitted in NJ & PA
†† Also Admitted in NJ & WV
* Also admitted in CT, FL & NJ
† Also admitted in DC, IL, MO, NJ & PA
‡ Also admitted in DC,MD,NJ,PA & VA
EE Certified Atty  NJ Supreme Court

October 11, 2022

**Via ECF and Hand Delivery**
The Honorable Nicholas Garaufis
United States District Court for the
Eastern District of New York
225 Cadman Plaza East, Room 1426 S
Brooklyn, NY 11201

     Re:    *In Re: Exactech Polyethylene Orthopedic Products Liability Litigation*
           MDL No.: 3044

Dear Judge Garaufis:

     I represent seventeen (17) plaintiffs with cases in suit involving the recalled Exactech knees and hips that have been transferred to you for MDL management. Since many of our cases were pending in the E.D.N.Y, I had filed the petition with the Judicial Panel on Multidistrict Litigation seeking an MDL in this District.

     I hope it is not presumptuous for me to request that Your Honor conduct an initial conference as soon as practicable. There is a parallel state court consolidation in Gainesville, Florida, Alachua County before Judge Donna M. Keim. In that litigation, one case was filed as early as June 2021 (prior to the product recall) and the trial Judge there set a trial date in November 2023 for a case involving the GXL Hip liner, one of the recalled components at issue. (*See* August 31, 2022, Order Scheduling Pretrial Conference and Jury Trial attached herein as Exhibit 1). Accordingly, the litigation is somewhat more advanced and was formally consolidated on September 14, 2022, with

220 LAKE DRIVE EAST, SUITE 210 • CHERRY HILL, NJ 08002 • TEL 856-755-1115
1880 CENTURY PARK EAST, SUITE 700 • LOS ANGELES, CA 90067 • TEL 310-247-0921
3011WEST GRAND BLVD., 24TH FLOOR • DETROIT, MI 48202 • TEL 313-800-4170



2179-123

approximately 54 cases in suit to date. (*See* Order Coordinating Exactech Hip, Knee and Ankle Implant Cases attached herein as Exhibit 2).

An Order establishing an ESI Protocol was entered on September 20, 2022, as well as a Protective Order on September 27, 2022. (*See* Stipulated Order Re: Discovery of Electronically Stored Information and Protective Order attached herein as Exhibits 3 and 4). My firm and many of the lawyers with cases in this MDL have been in communication with the Florida lawyers, and the lawyers appointed to be co-lead counsel in the Florida consolidated action have reached out asking if the lawyers anticipated to be active in the MDL would be agreeable to sharing an electronic vendor to host the documents being produced in that litigation. It makes perfect economic sense to do so, but pivotal decisions on which vendor and cost sharing agreements need to be reached soon. Counsel for Exactech have also expressed a desire for the MDL to coordinate with the Florida litigation to avoid duplicative discovery. We believe coordination is often advisable while recognizing certain circumstances there can be reasons for differing. The Federal Judicial Center also recommends federal state coordination when appropriate. *See* https://www.fjc.gov/sites/default/files/2014/Coordinating-Multijurisdiction-Litigation-FJC-2013.pdf

However, until Your Honor appoints leadership in your new MDL, none of the lawyers have express authority to reach such an agreement on choice of vendors, or to agree to any of the other orders and discovery issues being addressed in Florida state court that involve many of the same issues we will be facing in the MDL. Thus, we respectfully request that Your Honor set a conference at your earliest convenience and an expedited procedure for selection of a Plaintiffs' Steering Committee and leadership counsel.

Respectfully Submitted,

Ellen Relkin

cc:     Kim Schmid, Esq.
        Katherine Handy, Esq.
        Sheryl Bjork, Esq.
        Erica Michelle Singer Mekles, Esq.
        Lauren A. Russ, Esq.
        Bowman & Brooke

        All counsel of record in the MDL on annexed service list

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

IN RE:   EXACTECH POLYETHYLENE
ORTHOPEDIC PRODUCTS LIABILITY
LITIGATION

MDL No.  3044

## SERVICE LIST

*George Wilson et al v. Exactech, Inc.,* **E.D. Arkansas, C.A. No. 4:22-cv-00136**

N. Kirkland Pope, Esq.
Pope McGlamry P.C.
3391 Peachtree Road NE
Suite 300
Atlanta, GA 30326
404-523-7706
efile@pmkm.com
**Counsel for Plaintiffs: George Wilson,**
**Valerie Wilson**

*Richard Reilly v. Exactech, Inc., et al,* **C.D. California, CA. No. 2:22-cv-04106**

Emily T. Acosta
Ben C. Martin
Laura J. Baughman
MARTIN BAUGHMAN, PLLC
3141 Hood Street, Suite 600
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
eacosta@martinbaughman.com
bmartin@martinbaughman.com
lbaughman@martinbaughman.com
**Counsel for Plaintiff: Richard Reilly**

*Daniel Carson v. Exactech, Inc. et al*, D. Colorado, C.A. No. 1:22-cv-00919

George E. McLaughlin, Esq.
McLaughlin Law Firm, P.C.
1890 Gaylord Street
Denver, CO 80206
720-420-9800
Email: gem@mcllf.com
**Counsel for Plaintiff: Daniel Carson**

*Laqueisha Carolina v. Exactech, Inc., et al*, D. Colorado, CA. No. 1:22-cv-01511

Emily T. Acosta
Ben C. Martin
Laura J. Baughman
MARTIN BAUGHMAN, PLLC
3141 Hood Street, Suite 600
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
eacosta@martinbaughan.com
bmartin@martinbaughman.com
lbaughman@martinbaughman.com
**Counsel for Plaintiff: Laqueisha Carolina**

*Faina Pravin v. Exactech Inc. et al*, D. Connecticut, C.A. No. 3:22-cv-00682

Neal Lewis Moskow, Esq.
Ury & Moskow
883 Black Rock Turnpike
Fairfield, CT 06825
203-610-6393
Fax: 203-610-6399
Email: neal@urymoskow.com
**Counsel for Plaintiff: Faina Pravin**

*Clayton Wilder v. Exactech, Inc., et al*, **S.D. Indiana, CA. No. 1:22-cv-01237**

Emily T. Acosta
Ben C. Martin
Laura J. Baughman
MARTIN BAUGHMAN, PLLC
3141 Hood Street, Suite 600
Dallas, TX 75219
Telephone: (214) 761-6614
Facsimile: (214) 744-7590
eacosta@martinbaughan.com
bmartin@martinbaughman.com
lbaughman@martinbaughman.com
**Counsel for Plaintiff: Clayton Wilder**

*Geraldine Billups v. Exactech, Inc.*, **E.D. Louisiana, C.A. No. 2:22-cv-01410**

Meyer H. Gertler, Esq.
Gertler Law Firm
935 Gravier Street
Suite 1900
New Orleans, LA 70112
(504) 581-6411
Fax: (504) 581-6568
Email: mhgertler@gertlerfirm.com
**Counsel for Plaintiff: Geraldine Billups**

Louis L. Gertler, Esq.
Gertler Law Firm
935 Gravier Street
Suite 1900
New Orleans, LA 70112
(504) 581-6411
Email: lgertler@gertlerfirm.com
**Counsel for Plaintiff: Geraldine Billups**

Helen Hairston Babin, Esq.
Gertler Law Firm
935 Gravier Street
Suite 1900
New Orleans, LA 70112
504-227-3154
Email: hbabin@gertlerfirm.com
**Counsel for Plaintiff: Geraldine Billups**

*Donald McBride et al v. Exactech, Inc. et al*, **D. Maryland, C.A. No. 1:22-cv-00615**

Melanie Joustra Garner, Esq.
The Garner Firm, Ltd.
1617 John F. Kennedy Boulevard
Suite 550
Philadelphia, PA 19103
215-645-5955
Email: melanie@garnerltd.com
**Counsel for Plaintiffs: Donald McBride,
Deborah McBride**

| | |
|---|---|
| Patrick J Wigle, Esq.<br>Waters and Kraus LLP<br>3141 Hood Street Ste 700<br>Dallas, TX 75219<br>2143576244<br>Email: pwigle@waterkraus.com<br>**Counsel for Plaintiffs: Donald McBride,<br>Deborah McBride** | Peter A. Kraus, Esq.<br>Waters and Kraus LLP<br>3141 Hood Street Ste 700<br>Suite 700<br>Dallas, TX 75219<br>214-357-6244<br>Fax: 214-357-7252<br>Email: kraus@waterskraus.com<br>**Counsel for Plaintiffs: Donald McBride,<br>Deborah McBride** |

---

***Robert Hodge Jr. et al v. Exactech, Inc. et al***, D. Maryland, C.A. No. 1:22-cv-01026

Melanie Joustra Garner, Esq.
The Garner Firm, Ltd.
1617 John F. Kennedy Boulevard
Suite 550
Philadelphia, PA 19103
215-645-5955
Fax: 215-645-5960
Email: melanie@garnerltd.com
**Counsel for Plaintiffs: Robert Hodge Jr.,
Tammy L. Hodge**

---

***Rex Foxwell et al v. Exactech, Inc. et al***, D. Maryland, C.A. No. 1:22-cv-01027

Melanie Joustra Garner, Esq.
The Garner Firm, Ltd.
1617 John F. Kennedy Boulevard
Suite 550

Philadelphia, PA 19103
215-645-5955
Fax: 215-645-5960
Email: melanie@garnerltd.com
**Counsel for Plaintiffs: Rex A. Foxwell,
Lee Foxwell**

---

*Alice Laws et al v. Exactech, Inc. et al*, **D. Maryland, C.A. No. 1:22-cv-01206**

Melanie Joustra Garner, Esq.
The Garner Firm, Ltd.
1617 John F. Kennedy Boulevard
Suite 550
Philadelphia, PA 19103
215-645-5955
Fax: 215-645-5960
Email: melanie@garnerltd.com
**Counsel for Plaintiffs: Alice Laws, Willie
Laws**

---

*Debra Meneese v. Exactech, Inc. et al,* **E.D. Missouri, C.A. No. 4:22-cv-00546**

Gary K. Burger, Jr., Esq.
BURGER LAW LLC
500 N. Broadway
Suite 1860
St. Louis, MO 63102
314-542-2222
Fax: 314-434-4459
Email: gary@burgerlaw.com
**Counsel for Plaintiff: Debra Meneese**

---

*Annette Alberti et al v. Exactech, Inc.,* **E.D. New York, C.A. No. 2:22-cv-00351**

Jeffrey Michael Weiskopf, Esq.
Halperin Halperin P.C.
18 East 48th Street
Suite 1001
New York, NY 10017

212-935-2600
Fax: 212-935-2390
Email: jweiskopf@halperinlawyers.com
**Counsel for Plaintiffs: Annette Alberti, Joseph Alberti**

Steven T. Halperin, Esq.
Halperin & Halperin PC
18 E. 48th St.
Suite 2200
New York, NY 10017
212-935-2600
Fax: 212-753-9173
Email: halperin_pc@email.msn.com
**Counsel for Plaintiffs: Annette Alberti, Joseph Alberti**

---

***Jimmy Afzali v. Exactech, Inc. et al***, **E.D. New York, C.A. No. 2:22-cv-03455**

Craig M. Silverman
Sullivan Papain Block McGrath Coffinas
&Cannavo, PC
120 Broadway
27th Floor
New York, NY 10271
212-266-4125
Fax: 646-461-9987
Email: csilverman@triallaw1.com
**Counsel for Plaintiff: Jimmy Afzali**

---

***Charles R. Cuneo et al v. Exactech, Inc. et al***, **E.D. New York, C.A. No. 2:22-cv-03456**

Craig M. Silverman
Sullivan Papain Block McGrath Coffinas
&Cannavo, PC
120 Broadway
27th Floor
New York, NY 10271
212-266-4125
Fax: 646-461-9987
Email: csilverman@triallaw1.com
**Counsel for Plaintiff: Charles R. Cuneo,
Joanne Cuneo**

---

***Joti Allen v. Exactech, Inc., et al.,*** **E.D. New York, C.A. No.: 2:22-cv-03867**

Jason S. Goldstein
Melanie H. Muhlstock
Raymond C. Silverman
6 Harbor Park Drive
Port Washington, NY 11050
(516) 466-6500
(516) 466-6665 (Fax)
jgoldstein@yourlawyer.com
mmuhlstock@yourlawyer.com
rsilverman@yourlawyer.com
**Counsel for Plaintiff: Joti Allen**

---

*Domenic Dellanno, et al v. Exactech, Inc., et al.,* **E.D. New York, C.A. No.: 2:22-cv-04243**

Jason S. Goldstein
Melanie H. Muhlstock
Raymond C. Silverman
6 Harbor Park Drive
Port Washington, NY 11050
(516) 466-6500
(516) 466-6665 (Fax)
jgoldstein@yourlawyer.com
mmuhlstock@yourlawyer.com
rsilverman@yourlawyer.com
**Counsel for Plaintiff: Domenic Dellanno and Annette Dellanno**

---

*Kevin Patterson v. Exactech, Inc.,* **S.D. New York, C.A. No. 1:21-cv-06231**

John L O'Kelly, Esq.
John L. O'Kelly
127 Bengeyfield Drive
East Williston, NY 11596
516-248-3338
jokelly@optonline.net
**Counsel for Plaintiff: Kevin G. Patterson**

---

*James Burke v. Exactech, Inc. et al,* **S.D. New York, C.A. No. 1:22-cv-02086**

Craig M Silverman, Esq.
Sullivan Papain Block McGrath &
Cannavo, PC
120 Broadway, 18th Floor
New York, NY 10271
212-266-4125
Fax: 646-461-9987
Email: csilverman@triallaw1.com
**Counsel for Plaintiff: James B. Burke**

---

*Charles Agro v. Exactech, Inc. et al*, S.D. New York, C.A. No. 1:22-cv-02134

Armand V. Magardician, Esq.
Marc J. Bern & Partners, LLP
60 E. 42nd Street
Ste 950
New York, NY 10165
212-702-5000
Email: amagardician@gmail.com
**Counsel for Plaintiff: Charles M. Agro**

---

*Patricia Kreitzman v. Exactech, Inc. et al*, S.D. New York, C.A. No. 1:22-cv-04183

Laura J Baughman, Esq.
Martin Baughman, PLLC
3141 Hood St,
Suite 600
Dallas, TX 75219
214-761-6614
Fax: 214-744-7590
Email: lbaughman@martinbaughman.com
**Counsel for Plaintiff: Patricia Kreitzman**

---

*Jacob Brickman v. Exactech, Inc., et al.*, E.D. Pennsylvania, C.A. No. 2:22-cv-02339

Courtney L. Mohammadi
Pope McGlamry, P.C.
3391 Peachtree Road
Atlanta, GA 30326
(404) 523-7706

Fax: 404-524-1648
Email: efile@pmkm.com
**Counsel for Plaintiff: Jacob Brickman**

---

*Willie Ann Oxendine v. Exactech, Inc. et al*, D. South Carolina, C.A. No. 3:22-cv-01231

Jacob John Modla, Esq.
The Law Offices of Jason E Taylor
115 Elk Avenue
Rock Hill, SC 29730
803-328-0898
Fax: 803-327-9008
Email: jmodla@jasonetaylor.com
**Counsel for Plaintiff: Willie Ann
Oxendine**

---

*Melissa Davis v. Exactech, Inc. et al*, D. South Carolina, C.A. No. 3:22-cv-01236

Jacob John Modla, Esq.
The Law Offices of Jason E Taylor
115 Elk Avenue
Rock Hill, SC 29730
803-328-0898
Fax: 803-327-9008
Email: jmodla@jasonetaylor.com
**Counsel for Plaintiff: Melissa Davis**

---

*Lori Morrison et al v. Exactech Inc et al*, N.D. Texas, C.A. No. 3:22-cv-00880

Quentin Brogdon
Crain Brogdon Rogers LLP
3400 Carlisle Street
Suite 200
Dallas, TX 75204
214-522-9404
Fax: 214-613-5101
Email: qbrogdon@cbrlawfirm.com
**Counsel for Plaintiffs: Lori Morrison, Timothy Morrison**

Robert D Crain
Crain Brogdon Rogers LLP
3400 Carlisle Street
Suite 200
Dallas, TX 75204
214-522-9404
Fax: 214-613-5101
Email:rcrain@cbrlawfirm.com
**Counsel for Plaintiffs: Lori Morrison, Timothy Morrison**

---

*Kevin Kenney, et al. v. Exactech, Inc., et al,* N.D. Texas, C.A. No.: 3:22-cv-01554

Robert K. Jenner
Kathleen R. Kerner
3600 Clipper Mill Road, Suite 240
Baltimore, MD 21211
410-413-2155
rjenner@jennerlawfirm.com
kkerner@jennerlawfirm.com
**Counsel for Plaintiffs Kevin Kenney and
Laura Kenney**