UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Hon. Marcia M. Henry
United States Magistrate Judge

MINUTE ENTRY AND ORDER
22-MD-3044 (NGG)(MMH)
*In re: Exactech Polyethylene Orthopedic Products Liability Litigation*

DATE: 03/23/2023  **Video** // Telephone // In Person

Zoom Log #: Start Time  2:48PM    End Time  4:15PM

Court Reporter (if in person): _____

| Lead Plaintiffs' Counsel | Exactech Defense Counsel | TPG Defense Counsel |
|---|---|---|
| Kirk Pope<br>Ellen Relkin<br>Rayna Kessler<br>Michael Cutler<br>Cara Wall<br>Cal Warriner<br>Amanda Fernandez | Michael Kanute<br>Susan Sharko<br>Sean Powell | Christa Cottrell<br>Mark Premo-Hopkins |

Next Status Conference Date:  06/01/2023 at 2:30 PM

Next Status Conference Format:  **Video** // Telephone // In Person

DISCUSSION AND RULINGS:

The parties discussed the joint status report at ECF No. 151 and the parties' proposed orders. The Court so ordered the Amended Fact Sheet Implementation Order at ECF No. 137-1 as amended, the Stipulation Regarding Broadspire Documents at ECF No. 138, and the Amended Case Management Order No. 2 at ECF No. 149 as amended.

The Court stayed the TPP Plaintiffs' discovery demands until at least May 3, 2023. (*See* ECF No. 151 at 7.)

A separate order regarding Science Day shall issue.

The Court set the following deadlines:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**Hon. Marcia M. Henry**
**United States Magistrate Judge**

By **03/30/2023**, the parties shall file the proposed Short Form Complaint and related documents. (*See* ECF No. 161 at 1.)

By **03/30/2023**, the TPG Defendants shall file a pre-motion conference letter pursuant to the individual rules of Judge Garaufis.

By **03/31/2023**, the Exactech Defendants shall produce the metadata discussed on the record. The Court denied (without prejudice) the Personal Injury Plaintiffs' request for a Rule 30(b)(6) deposition pending the outcome of the parties' ESI meet and confer. (*See* ECF No. 151 at 4.)

By **04/10/2023**, the parties shall file a proposed discovery case management order governing master discovery. (*See* ECF No. 151 at 7.)

By **04/10/2023**, the parties shall file joint preservation protocols and related orders. (*See* ECF No. 151 at 7-8.)

By **04/21/2023**, the Exactech Defendants shall answer or otherwise respond to the Amended Master Complaint at ECF No. 164. (*See* ECF No. 151 at 2.)

By **04/27/2023**, the parties shall file an interim joint status report.

By **05/22/2023**, the parties shall file their standing pre-status conference joint status report.