# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In Re: Exactech Polyethylene Orthopedic Products Liability Litigation* | Civil Action No: 1:22-md-3044-NGG-MMH |
| | MDL No.: 3044 |
| | Judge Nicholas G. Garaufis |
| *This Document Relates To:* | Magistrate Judge Marcia M. Henry |
| *Judy Palmer v. Exactech, Inc., et al.* No. 1:22-cv-06362-NGC-MMH | |

## PROPOSED ORDER

Upon consideration of the Motion for Leave to Withdraw ("Motion"), it is hereby: ORDERED that the Motion is granted and counsel Kenneth M. Daly's appearance on behalf of Plaintiff Judy Palmer has been withdrawn.

_____
United States District Judge