UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: EXACTECH POLYETHYLENE ORTHOPEDIC PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT APPLIES TO:<br><br>ALL CASES | MDL No. 3044<br><br>Case No. 22-md-3044 (NGG) (MMH)<br><br>CASE MANAGEMENT ORDER NO. 4 |

    On December 12, 2022, the Court entered a docket text order granting Plaintiffs' Motion (Dkt. #46) to appoint leadership counsel to act on behalf of the Plaintiffs in the Exactech Polyethylene Orthopedic Products Liability Litigation. The responsibilities of Plaintiffs' Leadership is outlined in Plaintiffs' Motion (Dkt. #46). On March 7, 2023, the Court appointed Amanda Fernandez to the discovery committee. Since the formation of leadership, there has been a request to substitute two committee appointments for other attorneys within the same firm which is acceptable to the Court and to the Plaintiffs Executive Committee. Thus, the Court hereby reaffirms its original docket text of December 12, 2022 but modifies it by substituting attorneys as noted below. For clarity, the following attorneys are appointed as leadership counsel for the Plaintiffs.

    I.    **Executive Committee**
        1. Kirk Pope – Co-Lead Counsel
        2. Ellen Relkin – Co-Lead Counsel
        3. David Landever substituting for Robert E. (Eric) Kennedy (both from the firm Weisman Kennedy)

    4. Carasuana B. Wall
    5. Calvin Warriner

**II.  Liaison Counsel** – Rayna Kessler

**III.  Federal/State Liaison Counsel** – Joseph Saunders

**IV.  Plaintiffs' Steering Committee Members:**
1. Mark P. Chalos
2. Michael P. Cutler
3. Maria Fleming
4. Arati Chauhan Furness
5. Jason Goldstein
6. David Harman
7. Kristine K. Kraft
8. Hadley Lundback
9. Ben C. Martin
10. Tim O'Brien of the firm Levin Papantonio (substituting for Daniel A. Nigh who has resigned from Levin Papantonio)
11. Justin Presnal
12. Patrick J. Wigle

**V.  Subcommittee Members (Law and Briefing, Science and Experts, Discovery, Bellwether):**

1. Cameron J. Falcon
2. Kevin M. Fitzgerald
3. Danielle Gold
4. George E. McLaughlin
5. Courtney L. Mohammadi
6. Joannah Oh
7. Craig M. Silverman
8. Ilana S. Wolk
9. Amanda Fernandez

IT IS SO ORDERED.

Dated: Brooklyn, NY
05-19-2023

*Marcia M. Henry*
The Honorable Marcia M. Henry
United States Magistrate Judge