## Appendix B[1]

| Transferring Forum or Original District Forum | # Of Cases Filed Against TPG |
|---|---|
| Alabama | 2 |
| Arkansas | 4 |
| California | 1 |
| Colorado | 1 |
| Connecticut | 8 |
| Florida | 1 |
| Georgia | 1 |
| Kentucky | 1 |
| Louisiana | 17 |
| Maine | 22 |
| North Carolina | 3 |
| New Jersey | 22 |
| New York | 58 |
| Ohio | 1 |
| South Carolina | 1 |
| Tennessee | 18 |
| Texas | 1 |
| Virginia | 1 |
| **Total Cases** | 163 |

---

[1] This Appendix and Appendix A reflect Plaintiffs' claims against the TPG Defendants that have been transferred into the MDL by the Court as of June 6, 2023.

Appendix B

| | Plaintiff Name(s) | MDL Case No. | Transferring Court | Originating Case No. | Transfer Status[2] | Filing Date | Transfer Date | Filing State | Home State | Original District[3] | Implant Surgery State[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Albert, Karen | 1:23-cv-01965 | USDC, ME | 2:23-cv-00085 | CTO-21, 3/2/23 | 2023-02-27 | 3/16/2023 | ME | ME | | ME |
| 2 | Allen, Cynthia & Cal Ostlund | 1:23-cv-01693 | USDC, D NJ | 2:23-cv-00705 | CTO-19, 2/17/23 | 2023-02-07 | 2023-03-07 | NJ | NJ | | NY |
| 3 | Ames, Marilyn | 1:23-cv-02673 | USDC, ED NY | 1:23-cv-02673 | Direct Filed | 2023-04-10 | 2023-04-10 | NY | NY | NY* | |
| 4 | Ametrano, John & Angela | 1:23-cv-02665 | USDC, SD NY | 7:23-cv-01749 | CTO-23, 3/17/23 | 2023-02-28 | 2023-04-10 | NY | NY | | |
| 5 | Anderson, Carol L. & Gretchen Henkel | 1:23-cv-02950 | USDC, D NJ | 2:23-cv-01445 | CTO-26, 4/12/23 | 2023-03-14 | 2023-04-24 | NJ | NJ | | NY |
| 6 | Angers, Patrick J. | 1:23-cv-00347 | USDC, ED NY | 1:23-cv-00347 | Direct Filed | 2023-01-18 | 2023-01-18 | NY | LA | LA | |
| 7 | Anning, Sydney M. & Kevin J. Raidy | 1:23-cv-00939, 1:23-cv-02310 | USDC, ED NY, USDC, SD NY | 1:23-cv-00939, 1:23-cv-01045 | Direct Filed, CTO-20, 2/27/23 | 2023-02-07 | 2/7/2023, 3/27/2023 | NY | NY | NY* | |
| 8 | Arnaud, Sue & James | 1:23-cv-00625 | USDC, ED NY | 1:23-cv-00625 | Direct Filed | 2023-01-26 | 2023-01-26 | NY | LA | LA | |
| 9 | Atwood, Joseph | 1:23-cv-01955 | USDC, ME | 1:23-cv-00086 | CTO-21, 3/2/23 | 2023-02-27 | 2023-03-23 | ME | ME | | ME |
| 10 | Auguillard, John | 1:23-cv-00976 | USDC, ED NY | 1:23-cv-00976 | Direct Filed | 2023-02-07 | 2023-02-07 | NY | LA | LA* | |
| 11 | Baker, Robert | 1:23-cv-00405 | USDC, ED NY | 1:23-cv-00405 | Direct Filed | 2023-01-20 | 2023-01-20 | NY | LA | LA | |
| 12 | Baldwin, Johannah D. & Bernard | 1:23-cv-02311 | USDC, SD NY | 1:23-cv-01047 | CTO-19, 2/17/23 | 2023-02-07 | 2023-03-28 | NY | VA, FL | | |
| 13 | Banniza, Larry | 1:23-cv-01377 | USDC, MD TN | 3:23-cv-00103 | CTO-18, 2/13/23 | 2023-02-03 | 2023-03-02 | TN | TN | | |
| 14 | Bastien, Myrtha | 1:23-cv-02943 | USDC, D CT | 3:23-cv-00401 | CTO-26, 4/12/23 | 2023-03-31 | 2023-04-21 | CT | CT | | CT |
| 15 | Baudoin, Arlene & Douglas | 1:23-cv-00683 | USDC, ED NY | 1:23-cv-00683 | Direct Filed | 2023-01-31 | 2023-01-31 | NY | LA | LA* | |
| 16 | Beaudin, Leo | 1:23-cv-01956 | USDC, D ME | 1:23-cv-00087 | CTO-21, 3/2/23 | 2023-02-27 | 2023-03-23 | ME | ME | | ME |
| 17 | Beer, Josef & Sheila | 1:23-cv-02956 | USDC, D NJ | 3:23-cv-01385 | CTO-26, 4/12/23 | 2023-03-13 | 4/21/2023 | NJ | NJ | | NY |
| 18 | Bellone, Allan & Lucille | 1:22-cv-06776 | USDC, ED NY | 1:22-cv-06776 | Direct Filed | 2022-11-07 | 2002-11-07 | NY | NY | NY* | |
| 19 | Berger, Lawrence | 1:22-cv-06449 | USDC, ND GA | 1:22-cv-04043 | CTO-2, 10/21/22 | 2022-10-07 | 2022-10-24 | GA | GA | | GA |
| 20 | Bindel, Patrice | 2:22-cv-04142 | USDC, ED NY | 2:22-cv-04142 | Direct Filed | 2022-07-14 | 2022-10-18 | NY | NY | NY* | |
| 21 | Bourque, Michael & Barbara | 1:23-cv-03318 | USDC, ED NY | 1:23-cv-03318 | Direct Filed | 2023-05-02 | 2023-05-02 | NY | LA | LA | |
| 22 | Brady, Garry | 1:23-cv-03333 | USDC, ED NY | 1:23-cv-03333 | Direct Filed | 2023-05-10 | 2023-05-10 | NY | SC | SC | FL |
| 23 | Breaux, Ronald and Mary Grace | 1:23-cv-03274 | USDC, ED NY | 1:23-cv-03274 | Direct Filed | 2023-05-01 | 2023-05-01 | NY | LA | LA | |
| 24 | Brennan, Robert G. | 1:23-cv-02463 | USDC, ED NY | 1:23-cv-02463 | Direct Filed | 2023-03-30 | 2023-03-30 | NY | NY | NY* | |
| 25 | Bukulmez, Sharon | 1/23/cv-01957 | USDC, ME | 1:23-cv-00088 | CTO-21, 3/2/23 | 2023-02-27 | 2023-03-23 | ME | ME | | ME |
| 26 | Cadaret, Cheryl & Albert | 1:23-cv-03512 | USDC, ED NY | 1:23-cv-03512 | Direct Filed | 2023-05-10 | 2023-05-10 | NY | VA | VA | |
| 27 | Capetola, Anthony & Julianne | 1:23-cv-02474 | USDC, ED NY | 1:23-cv-02474 | Direct Filed | 2023-03-31 | 2023-03-31 | NY | NY | NY* | |
| 28 | Carlton, Peggy & Clay | 1:23-cv-02398 | USDC, MD TN | 3:23-cv-00212 | CTO-23, 3/17/23 | 2023-03-09 | 2023-03-31 | TN | TN | | |
| 29 | Carolina, Laquiesha | 1:22-cv-06457 | USDC, D CO | 1:22-cv-01511 | CTO-1, 10/20/22 | 2022-06-16 | 2022-10-25 | CO | CO | | CO |
| 30 | Carr, James & Christie | 1:23-cv-03293 | USDC, ED NY | 1:23-cv-03293 | Direct Filed | 2023-05-10 | 2023-05-10 | NY | AR | AR | AR |
| 31 | Carter, Tamerlane | 1:23-cv-04143 | USDC, ED NY | 1:23-cv-04143 | Direct Filed | 2023-06-05 | 2023-06-05 | NY | TX | TX | |
| 32 | Castonguay, Joanne | 1:23-cv-01958 | USDC, ME | 1:23-cv-00089 | CTO-21, 3/2/23 | 2023-02-27 | 2023-03-23 | ME | ME | | ME |
| 33 | Chick, Willis | 1:23-cv-01959 | USDC, ME | 1:23-cv-00090 | CTO-21, 3/2/23 | 2023-02-27 | 2023-03-20 | ME | ME | | ME |
| 34 | Christie, Todd & Andrea | 1:23-cv-01694 | USDC, D NJ | 2:23-cv-00709 | CTO-19, 2/17/23 | 2023-02-07 | 2023-03-07 | NJ | NJ | | NY |
| 35 | Ciasullo, Thomas & Robin | 1:23-cv-00688 | USDC, ED NY | 1:23-cv-00688 | Direct Filed | 2023-01-31 | 2023-01-31 | NY | NJ | NJ* | NY |
| 36 | Codd, Luann | 1:23-cv-01692 | USDC, D NJ | 2:23-cv-00701 | CTO-19, 2/17/23 | 2023-02-07 | 2023-03-06 | NJ | NJ | | NY |
| 37 | Competiello, Grace & John | 1:23-cv-00812 | USDC, ED NY | 1:23-cv-00812 | Direct Filed | 2023-02-02 | 2023-02-02 | NY | NY | NY* | |
| 38 | Constantin, Lloyd | 1:23-cv-03323 | USDC, ED NY | 1:23-cv-03323 | Direct Filed | 2023-05-02 | 2023-05-02 | NY | LA | LA | |
| 39 | Costello, Stanley | 1:23-cv-01966 | USDC, ME | 2:23-cv-00091 | CTO-21, 3/2/23 | 2023-02-27 | 2023-03-16 | ME | ME | | ME |
| 40 | Cullum, Robert J. | 1:22-cv-07789 | USDC, SD NY | 1:22-cv-10154 | CTO-10, 12/6/22 | 2022-11-30 | 2022-12-21 | NY | NY | | |
| 41 | Davis, Jason R. | 1:23-cv-01314 | USDC, ED NY | 1:23-cv-01314 | Direct Filed | 2023-02-17 | 2023-02-17 | NY | NC | NC* | NC |
| 42 | Deutsch, Rivkah & Jacob | 1:23-cv-00325 | USDC, SD NY | 7:22-cv-10790 | CTO-13, 1/6/23 | 2022-12-21 | 2023-02-02 | NY | NY | | |
| 43 | D'Orazio, Sante | 1:23-cv-03424 | USDC, ED NY | 1:23-cv-03424 | Direct Filed | 2023-05-05 | 2023-05-05 | NY | NY | | NY |
| 44 | Dos Santos, Sarah | 1:23-cv-01754 | USDC, ME | 1:23-cv-00082 | CTO-20, 2/27/23 | 2023-02-24 | 2023-03-10 | ME | ME | | ME |
| 45 | Drake, Mildred | 1:23-cv-00796 | USDC, ED NY | 1:23-cv-00796 | Direct Filed | 2023-02-02 | 2023-02-02 | NY | PA | NY* | |
| 46 | Dumeny, Ricky | 1:23-cv-01960 | USDC, ME | 1:23-cv-00092 | CTO-21, 3/2/23 | 2023-02-27 | 2023-03-20 | ME | ME | | ME |
| 47 | Dunleavy, Paul & Wendy | 1:22-cv-06987 | USDC, D NJ | 3:22-cv-06305 | CTO-5, 11/3/22 | 2022-10-27 | 2022-11-15 | NJ | NJ | | NY |
| 48 | Dunn, Patrick | 1:23-cv-01967 | USDC, ME | 2:23-cv-00093 | CTO-21, 3/2/23 | 2023-02-27 | 2023-03-16 | ME | ME | | ME |
| 49 | Eccles, Robert | 1:23-cv-01968 | USDC, ME | 2:23-cv-00094 | CTO-21, 3/2/23 | 2023-02-27 | 2023-03-16 | ME | ME | | ME |
| 50 | Ehrbar, Barbara | 1:23-cv-01437 | USDC, ED NY | 1:23-cv-01437 | Direct Filed | 2023-02-23 | 2023-02-23 | NY | NY | NY* | |
| 51 | Euler, Cheryl & Scott | 1:23-cv-00624 | USDC, ED NY | 1:23-cv-00624 | Direct Filed | 2023-01-27 | 2023-01-27 | NY | TN | TN | |
| 52 | Florio, Carol | 1:23-cv-00913 | USDC, ED NY | 1:23-cv-00913 | Direct Filed | 2023-02-06 | 2023-02-06 | NY | NY | NY* | |
| 53 | Florio, John & Virginia | 1:23-cv-01932 | USDC, ED NY | 1:23-cv-01932 | Direct Filed | 2023-03-14 | 2023-03-14 | NY | NY | NY* | |
| 54 | Francia, Richard | 1:23-cv-03927 | USDC, D CT | 3:23-cv-00471 | CTO-29, 5/18/23 | 2023-04-14 | 2023-05-31 | CT | CT | | NY |

2. Any cases that were directly filed in the MDL are classified as "Direct Filed." All other cases are classified as "CTO" along with a citation to the relevant Conditional Transfer Orders transferring these cases into the MDL.

3. Pursuant to this Court's Direct Filing Order "any Plaintiff who files a complaint directly in this Court … shall designate in the Master Short Form Complaint the federal district in which the complaint should be deemed to have otherwise been originally filed absent this Direct Filing Order (hereinafter, the 'Original District')." ECF No. 74 at 2. The "Original District" column is therefore populated only for Plaintiffs who filed directly in the MDL. Certain of those Plaintiffs either did not identify an "Original District" or identified more than one "Original District." These Plaintiffs have been identified with an asterisk (*). For purposes of this analysis only and reserving all rights, the TPG Defendants assume the "Original District" would be the state the Plaintiff resided in at the time of filing.

4. The "Implant Surgery State" column is populated only for Plaintiffs who filed in forums where the situs of injury may be relevant for the choice-of-law analysis. See App'x A (identifying such states). One Plaintiff did not indicate the location of the implant surgery as directed in the Short Form Complaint. This Plaintiff has been identified with a double asterisk (**) and for purposes of this analysis only and reserving all rights, the TPG Defendants assume the implant surgery location is the state the Plaintiff resided in at the time of filing.

| | Plaintiff Name(s) | MDL Case No. | Transferring Court | Originating Case No. | Transfer Status[2] | Filing Date | Transfer Date | Filing State | Home State | Original District[3] | Implant Surgery State[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 55 | Gallagher, Kevin | 1:23-cv-01018 | USDC, ED NY | 1:23-cv-01018 | Direct Filed | 2023-02-07 | 2023-02-07 | NY | NC | NC* | NY |
| 56 | Gardner, LaDonna & Jamaron Martin | 1:23-cv-01378 | USDC, MD TN | 3:23-cv-00115 | CTO-18, 2/13/23 | 2023-02-07 | 2023-03-16 | TN | TN | | |
| 57 | Giamundo, Criselda | 1:23-cv-01008 | USDC, ED NY | 1:23-cv-01008 | Direct Filed | 2023-02-07 | 2023-02-07 | NY | NY | NY* | |
| 58 | Giordano, Michael & Catherine | 1:23-cv-03925 | USDC, D CT | 3:23-cv-00457 | CTO-29, 5/18/23 | 2023-04-11 | 2023-06-05 | CT | CT | | NY |
| 59 | Glass, Leneatha Carole & Steven | 1:22-cv-07408 | USDC, MD TN | 3:22-cv-00894 | CTO-6, 11/9/22 | 2022-11-07 | 2022-12-07 | TN | TN | | |
| 60 | Golly, Lisa | 1:23-cv-00343 | USDC, ED NY | 1:23-cv-00343 | Direct Filed | 2023-01-18 | 2023-01-18 | NY | LA | LA | |
| 61 | Gordon, Mark | 1:23-cv-01755 | USDC, ME | 1:23-cv-00083 | CTO-20, 2/27/23 | 2023-02-24 | 2023-03-10 | ME | ME | | ME |
| 62 | Grogan, Gary & Eileen | 1:23-cv-01695 | USDC, D NJ | 2:23-cv-00711 | CTO-19, 2/17/23 | 2023-02-07 | 2023-03-07 | NJ | NJ | | NY |
| 63 | Hannan, Daniel T. & Christina | 1:23-cv-01575 | USDC, ED NY | 1:23-cv-01575 | Direct Filed | 2023-02-28 | 2023-02-28 | NY | NY | NY* | |
| 64 | Hargrave, Pamela G. & Richard O. | 1:23-cv-03935 | USDC, SD NY | 7:23-cv-03034 | CTO-29, 5/18/23 | 2023-04-11 | 2023-05-18 | NY | NY | | |
| 65 | Harrison, Danny & Phyllis | 1:23-cv-03157 | USDC, ED NY | 1:23-cv-03157 | Direct Filed | 2023-04-26 | 2023-04-26 | NY | NC | NC | OH |
| 66 | Hassell III, Alvin David & Leticia | 1:23-cv-02972 | USDC, MD TN | 3:23-cv-00281 | CTO-26, 4/12/23 | 2023-03-28 | 2023-05-23 | TN | TN | | |
| 67 | Hilson, William Edwin | 1:23-cv-03926 | USDC, D CT | 3:23-cv-00469 | CTO-29, 5/18/23 | 2023-04-14 | 2023-05-30 | CT | CT | | NY |
| 68 | Hoff, Chet & Elizabeth | 1:23-cv-03822 | USDC, ED NY | 1:23-cv-03822 | Direct Filed | 2023-05-22 | 2023-05-22 | NY | NY | NY | |
| 69 | Hoffman, Joan | 1:23-cv-01709 | USDC, ED NY | 1:23-cv-01709 | Direct Filed | 2023-03-06 | 2023-03-06 | NY | NY | NY* | |
| 70 | Hofmann, Ryan & Marina | 1:23-cv-03485 | USDC, ED NY | 1:23-cv-03485 | Direct Filed | 2023-05-09 | 2023-05-09 | NY | NY | NY | |
| 71 | Holzhauser, Lawrence & Elizabeth | 1:23-cv-03725 | USDC, ED NY | 1:23-cv-03725 | Direct Filed | 2023-05-18 | 2023-05-18 | NY | CA | CA | |
| 72 | Hursey, Billy | 1:22-cv-07893 | USDC, MD TN | 3:22-cv-01020 | CTO-12, 12/20/22 | 2022-12-14 | 2023-01-05 | TN | TN | | |
| 73 | Hyde, Holly | 1:23-cv-01970 | USDC, ME | 2:23-cv-00096 | CTO-21, 3/2/23 | 2023-02-27 | 2023-03-16 | ME | ME | | |
| 74 | Johns, Ella Trappey & Robert Regan | 1:23-cv-03398 | USDC, ED NY | 1:23-cv-03398 | Direct Filed | 2023-05-08 | 2023-05-08 | NY | LA | LA | |
| 75 | Kilgore, Kenneth | 1:23-cv-03626 | USDC, ED NY | 1:23-cv-03626 | Direct Filed | 2023-05-15 | 2023-05-15 | NY | TN | FL | |
| 76 | Kirsch, Harry & Nechama | 1:23-cv-03937 | USDC, SD NY | 7:23-cv-03039 | CTO-29, 5/18/23 | 2023-04-11 | 2023-05-18 | NY | NY | | |
| 77 | Kolinski, Alison | 1:23-cv-02314 | USDC, SD NY | 7:23-cv-01049 | CTO-19, 2/17/23 | 2023-02-07 | 2023-03-27 | NY | NY | | |
| 78 | Komin, Hanna & David | 1:23-cv-03930 | USDC, D NJ | 3:23-cv-02013 | CTO-29, 5/18/23 | 2023-04-10 | 2023-05-26 | NJ | NJ | | |
| 79 | Kraus, Andrew & Donna | 1:23-cv-02967 | USDC, SD NY | 1:23-cv-02065 | CTO-26, 4/12/23 | 2023-03-13 | 2023-04-28 | NY | NY | | |
| 80 | La Rosa, Bridget & James Majeski | 1:23-cv-00835 | USDC, ED NY | 1:23-cv-00835 | Direct Filed | 2023-02-03 | 2023-02-03 | NY | CT | CT* | NY |
| 81 | Laks, Isidore | 1:23-cv-01697 | USDC, D NJ | 2:23-cv-00714 | CTO-19, 2/17/23 | 2023-02-07 | 2023-03-07 | NJ | NJ | | NY |
| 82 | LaPoint, Darrell & Melinda | 1:23-cv-00701 | USDC, ED NY | 1:23-cv-00701 | Direct Filed | 2023-01-31 | 2023-01-31 | NY | LA | LA | |
| 83 | Latiolais, Kathleen | 1:23-cv-00426 | USDC, ED NY | 1:23-cv-00426 | Direct Filed | 2023-01-20 | 2023-01-20 | NY | LA | LA | |
| 84 | Leddy, Brendan & Patricia | 1:23-cv-00929 | USDC, ED NY | 1:23-cv-00929 | Direct Filed | 2023-02-06 | 2023-02-06 | NY | NY | NY | |
| 85 | Lempner, Robert W. & Kathleen | 1:23-cv-04142 | USDC, ED NY | 1:23-cv-04142 | Direct Filed | 2023-06-05 | 2023-06-05 | NY | OH | OH | OH |
| 86 | Leto, Peter & Tracy | 1:23-cv-03929 | USDC, D NJ | 2:23-cv-02031 | CTO-29, 5/18/23 | 2023-04-10 | 2023-05-30 | NJ | NJ | | NY |
| 87 | Lewis, Ronald & Lisa | 1:23-cv-00804 | USDC, ED NY | 1:23-cv-00804 | Direct Filed | 2023-02-02 | 2023-02-02 | NY | NY | NY* | |
| 88 | Lueders, Carl | 1:23-cv-01969 | USDC, ME | 2:23-cv-00095 | CTO-21, 3/2/23 | 2023-02-27 | 2023-03-16 | ME | ME | | ME |
| 89 | Maguire, Martin & Margaret | 1:23-cv-00714 | USDC, ED NY | 1:23-cv-00714 | Direct Filed | 2023-01-31 | 2023-01-31 | NY | NY | NY* | |
| 90 | Mancini, Kathleen & Thomas R. | 1:23-cv-02378 | USDC, NJ | 2:23-cv-01170 | CTO-23, 3/17/23 | 2023-02-28 | 2023-03-29 | NJ | NJ | | NY |
| 91 | Mank, Richard | 1:23-cv-01961 | USDC, ME | 1:23-cv-00097 | CTO-21, 3/2/23 | 2023-02-27 | 2023-03-20 | ME | ME | | ME |
| 92 | Marinello, Michelle | 1:23-cv-02964 | USDC, NJ | 3:23-cv-01388 | CTO-26, 4/12/23 | 2023-03-13 | 2023-04-21 | NJ | NJ | | NY |
| 93 | Martin, Dena | 1:23-cv-01971 | USDC, ME | 2:23-cv-00098 | CTO-21, 3/2/23 | 2023-02-27 | 2023-03-16 | ME | ME | | ME |
| 94 | Masi, Daniel & Diane | 1:23-cv-02381 | USDC, NJ | 2:23-cv-01172 | CTO-23, 3/17/23 | 2023-02-28 | 2023-03-30 | NJ | NJ | | NY |
| 95 | Matchett, Christopher & Rebecca | 1:22-cv-06428 | USDC, SD NY | 1:22-cv-05864 | CTO-1, 10/20/22 | 2022-07-09 | 2022-10-24 | NY | NY | | |
| 96 | Matthews, Donnie & Donna | 1:23-cv-02973 | USDC, MD TN | 3:23-cv-00282 | CTO-26, 4/12/23 | 2023-03-28 | 2023-05-23 | TN | TN | | |
| 97 | Mayo, Andrew | 1:23-cv-01698 | USDC, D NJ | 2:23-cv-00712 | CTO-19, 2/17/23 | 2023-02-07 | 2023-03-07 | NJ | NJ | | NY |
| 98 | McClean, Robert K. | 1:23-cv-02969 | USDC, SD NY | 1:23-cv-02826 | CTO-26, 4/12/23 | 2023-04-04 | 2023-04-28 | NY | NY | | |
| 99 | McDermott, Lucia B. | 1:23-cv-02942 | USDC, SD AL | 1:23-cv-00118 | CTO-26, 4/12/23 | 2023-04-06 | 2023-04-21 | AL | AL | | AL |
| 100 | McGear, Cynthia & Chester | 1:23-cv-02139 | USDC, ED AR | 4:23-cv-00168 | CTO-22, 3/10/23 | 2023-03-03 | 2023-03-21 | AR | AR | | AR** |
| 101 | Mitchell, Nancy | 1:23-cv-01962 | USDC, ME | 1:23-cv-00099 | CTO-21, 3/2/23 | 2023-02-27 | 2023-03-20 | ME | ME | | ME |
| 102 | Monaco, Charles & Ninon Trudell | 1:23-cv-01900 | USDC, ED NY | 1:23-cv-01900 | Direct Filed | 2023-03-13 | 2023-03-13 | NY | NY | NY* | |
| 103 | Moore, Angelette Waters & Victor | 1:23-cv-01696 | USDC, D NJ | 2:23-cv-00713 | CTO-19, 2/17/23 | 2023-02-07 | 2023-03-07 | NJ | NJ | | NY |
| 104 | Moore, Robert & Amy | 1:23-cv-01376 | USDC, MD TN | 3:23-cv-00102 | CTO-18, 2/13/23 | 2023-02-03 | 2023-03-02 | TN | TN | | |
| 105 | Morgan, Anthony & Emily | 1:23-cv-01024 | USDC, ED NY | 1:23-cv-01024 | Direct Filed | 2023-02-08 | 2023-02-08 | NY | LA | LA* | |
| 106 | Murphy, Jacqueline & Thomas | 1:23-cv-00718 | USDC, ED NY | 1:23-cv-00718 | Direct Filed | 2023-01-31 | 2023-01-31 | NY | NY | NY* | |
| 107 | Nuzzo, Keith | 1:23-cv-01963 | USDC, ME | 1:23-cv-00100 | CTO-21, 3/2/23 | 2023-02-27 | 2023-03-16 | ME | ME | | ME |
| 108 | Overton, Nathan & Patricia | 1:23-cv-03669 | USDC, MD TN | 3:23-cv-00435 | CTO-28, 5/9/23 | 2023-05-02 | 2023-05-09 | TN | TN | | |
| 109 | Perez, Miroslabia | 1:22-cv-06456 | USDC, SD NY | 1:22-cv-05863 | CTO-1, 10/20/22 | 2022-07-09 | 2022-10-25 | NY | NY | | |

Appendix B

| | Plaintiff Name(s) | MDL Case No. | Transferring Court | Originating Case No. | Transfer Status[2] | Filing Date | Transfer Date | Filing State | Home State | Original District[3] | Implant Surgery State[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 110 | Plaisance, Cindy | 1:23-cv-01374 | USDC, ED LA | 2:23-cv-00456 | CTO-18, 2/13/23 | 2023-02-06 | 2023-02-24 | LA | LA | | |
| 111 | Poussard, Roland | 1:23-cv-01972 | USDC, ME | 2:23-cv-00101 | CTO-21, 3/2/23 | 2023-02-27 | 2023-03-16 | ME | ME | | ME |
| 112 | Poynor, Karen & Brian | 1:23-cv-02899 | USDC, ED NY | 1:23-cv-02899 | Direct Filed | 2023-04-19 | 2023-04-19 | NY | TN | | TN |
| 113 | Pravin, Faina | 1:22-cv-06086 | USDC, D CT | 3:22-cv-00682 | Initial Transfer Order, 10/7/22 | 2022-05-19 | 2022-10-18 | CT | CT | | CT |
| 114 | Prime, Hedwig | 1:23-cv-03934 | USDC, ND NY | 3:23-cv-00447 | CTO-29, 5/18/23 | 2023-04-11 | 2023-05-30 | NY | NY | | |
| 115 | Proscia, Christopher & Rosemary | 1:22-cv-07165 | USDC, ED NY | 1:22-cv-07165 | Direct Filed | 2022-11-23 | 2022-11-28 | NY | NY | NY* | |
| 116 | Reilly, John & Eileen McCauley | 1:23-cv-03443 | USDC, ED NY | 1:23-cv-03443 | Direct Filed | 2023-05-08 | 2023-05-08 | NY | NY | NY | |
| 117 | Reyes, Carmen M. | 1:23-cv-02664 | USDC, SD NY | 1:23-cv-01746 | CTO-23, 3/17/23 | 2023-02-28 | 2023-04-10 | NY | Puerto Rico | | |
| 118 | Reynolds, Frank & Jody | 1:23-cv-02379 | USDC, NJ | 2:23-cv-01171 | CTO-23, 3/17/23 | 2023-02-28 | 2023-03-30 | NJ | NJ | | NY |
| 119 | Rhodes, Gregory | 1:23-cv-01577 | USDC, ED NY | 1:23-cv-01577 | Direct Filed | 2023-02-28 | 2023-02-28 | NY | AL | AL* | AL |
| 120 | Rich, Anders & Sasha Nanus | 1:23-cv-02968 | USDC, SD NY | 1:23-cv-02714 | CTO-26, 4/12/23 | 2023-03-31 | 2023-04-28 | NY | NY | | |
| 121 | Roberts, Jeffrey & Lynn | 1:23-cv-02907 | USDC, ED NY | 1:23-cv-02907 | Direct Filed | 2023-04-19 | 2023-04-19 | NY | TN | | TN |
| 122 | Rohrer, Maretta & John | 1:23-cv-03939 | USDC, MD TN | 3:23-cv-00355 | CTO-29, 5/18/23 | 2023-04-14 | 2023-05-30 | TN | TN | | |
| 123 | Roman, Victor M. & Romona | 1:23-cv-02944 | USDC, CT | 3:23-cv-00403 | CTO-26, 4/12/23 | 2023-03-31 | 2023-04-24 | CT | CT | | CT |
| 124 | Rosato, Patrice & Daniel | 1:23-cv-02382 | USDC, NJ | 2:23-cv-01201 | CTO-23, 3/17/23 | 2023-03-01 | 2023-03-30 | NJ | NJ | | NY |
| 125 | Ross, Mary Christina | 1:22-cv-07407 | USDC, MD TN | 3:22-cv-00928 | CTO-9, 11/18/22 | 2022-11-15 | 2022-12-07 | TN | LA | | |
| 126 | Rotchford, Janet & Philip | 1:23-cv-03427 | USDC, ED NY | 1:23-cv-03427 | Direct Filed | 2023-05-05 | 2023-05-05 | NY | NJ | NJ | NY |
| 127 | Rozenberg, Dina & Alex | 1:23-cv-03150 | USDC, ED NY | 1:23-cv-03150 | Direct Filed | 2023-04-26 | 2023-04-26 | NY | NY | | |
| 128 | Ryan, Thomas & Kathy | 1:23-cv-03727 | USDC, ED NY | 1:23-cv-03727 | Direct Filed | 2023-05-18 | 2023-05-18 | NY | NJ | | NY |
| 129 | Scafidi, Vincent Jr. | 1:23-cv-00720 | USDC, ED NY | 1:23-cv-00720 | Direct Filed | 2023-01-31 | 2023-01-31 | NY | NY | NY* | |
| 130 | Schieler, Charles | 1:23-cv-04079 | USDC, ED NY | 1:23-cv-04079 | Direct Filed | 2023-06-01 | 2023-06-01 | NY | NY | NY | |
| 131 | Schrott, Susan & Jonathan | 1:22-cv-07633 | USDC, ED NY | 1:22-cv-07633 | Direct Filed | 2022-12-15 | 2022-12-16 | NY | NY | NY* | |
| 132 | Sekula, Abraham & Rachel | 1:23-cv-00866 | USDC, ED NY | 1:23-cv-00866 | Direct Filed | 2023-02-04 | 2023-02-04 | NY | NY | NY* | |
| 133 | Sellers, Debra & Angela Thomas | 1:23-cv-00495 | USDC, ED NY | 1:23-cv-00495 | Direct Filed | 2023-01-24 | 2023-01-24 | NY | LA | | LA |
| 134 | Sentz, Robert & Colleen | 1:23-cv-02385 | USDC, MD TN | 1:23-cv-00012 | CTO-23, 3/17/23 | 2023-03-07 | 2023-03-31 | TN | TN | | |
| 135 | Sherry, Gerard | 1:23-cv-02480 | USDC, ED NY | 1:23-cv-02480 | Direct Filed | 2023-03-31 | 2023-03-31 | NY | NY | NY* | |
| 136 | Siegel, Stuart | 1:23-cv-02971 | USDC, SD NY | 7:23-cv-02740 | CTO-26, 4/12/23 | 2023-03-31 | 2023-04-28 | NY | NY | | |
| 137 | Silatchom Foyou, Francois De Paul | 1:23-cv-00933 | USDC, ED NY | 1:23-cv-00933 | Direct Filed | 2023-02-06 | 2023-02-06 | NY | NY | NY | |
| 138 | Simpson, Donna | 1:23-cv-01756 | USDC, D ME | 2:23-cv-00084 | CTO-20, 2/27/23 | 2023-02-24 | 2023-03-10 | ME | ME | | ME |
| 139 | Slon, Jonathan & Renee | 1:23-cv-04028 | USDC, ED NY | 1:23-cv-04028 | Direct Filed | 2023-05-31 | 2023-05-31 | NY | NY | NY | |
| 140 | Smotherman, Glenda & Horace | 1:23-cv-04159 | USDC, ED NY | 1:23-cv-04159 | Direct Filed | 2023-06-06 | 2023-06-06 | NY | TN | | TN |
| 141 | St. Julien, Alzina & Curtis | 1:23-cv-03190 | USDC, ED NY | 1:23-cv-03190 | Direct Filed | 2023-04-27 | 2023-04-27 | NY | LA | LA*, DE* | |
| 142 | Taylor, Julian & Barbara | 1:22-cv-06819 | USDC, ED AR | 4:22-cv-01020 | CTO-4, 10/26/22 | 2022-10-21 | 2022-11-08 | AR | AR | | AR |
| 143 | Teatom, James | 1:22-cv-06022 | USDC, ED NY | 1:22-cv-06022 | Direct Filed | 2022-10-07 | 2022-10-18 | NY | NY | NY* | |
| 144 | Tester, Sandra & Morris | 1:22-cv-07222 | USDC, ED AR | 4:22-cv-01100 | CTO-9, 11/18/22 | 2022-11-15 | 2022-11-29 | AR | AR | | AR |
| 145 | Tujague, Jr., John | 1:23-cv-03724 | USDC, ED NY | 1:23-cv-03724 | Direct Filed | 2023-05-18 | 2023-05-18 | NY | LA | LA | |
| 146 | Turner, Karen | 1:23-cv-00723 | USDC, ED NY | 1:23-cv-00723 | Direct Filed | 2023-01-31 | 2023-01-31 | NY | KY | KY* | TN |
| 147 | Varneckas, Elaine | 1:23-cv-02953 | USDC, NJ | 2:23-cv-01507 | CTO-26, 4/12/23 | 2023-03-17 | 2023-04-24 | NJ | NJ | | NY |
| 148 | Veilleux, Eugene | 1:23-cv-01973 | USDC, ME | 2:23-cv-00102 | CTO-21, 3/2/23 | 2023-02-27 | 2023-03-16 | ME | ME | | ME |
| 149 | Veneziano, Pasquale & Cynthia | 1:23-cv-01699 | USDC, D NJ | 2:23-cv-00715 | CTO-19, 2/17/23 | 2023-02-07 | 2023-03-07 | NJ | NJ | | NY |
| 150 | von Euler, Sharon & Bjorn | 1:22-cv-07197 | USDC, SD NY | 1:22-cv-09495 | CTO-7, 11/14/22 | 2022-11-07 | 2022-11-28 | NY | NJ | | |
| 151 | Wachsler, Susanna | 1:23-cv-02315 | USDC, SD NY | 1:23-cv-01048 | CTO-19, 2/17/23 | 2023-02-07 | 2023-03-27 | NY | NY | | |
| 152 | Wall, Lynda | 1:23-cv-02948 | USDC, D NJ | 2:23-cv-01389 | CTO-26, 4/12/23 | 2023-03-13 | 2023-04-21 | NJ | NJ | | |
| 153 | Walsh, Susan & Michael | 1:23-cv-02949 | USDC, D NJ | 2:23-cv-01396 | CTO-26, 4/12/23 | 2023-03-13 | 2023-04-24 | NJ | NJ | | |
| 154 | Walsh, Thomas & Maryann | 1:23-cv-03107 | USDC, ED NY | 1:23-cv-03107 | Direct Filed | 2023-04-24 | 2023-04-24 | NY | NY | NY | |
| 155 | Watkins, Patrick & Donna | 1:23-cv-03668 | USDC, MD TN | 3:23-cv-00328 | CTO-28, 5/9/23 | 2023-04-13 | 2023-05-22 | TN | TN | | |
| 156 | White, Lori & Doug | 1:23-cv-02974 | USDC, MD TN | 3:23-cv-00283 | CTO-26, 4/12/23 | 2023-03-28 | 2023-04-24 | TN | OK | | |
| 157 | Wills, Stanley | 1:23-cv-01964 | USDC, ME | 1:23-cv-00103 | CTO-21, 3/2/23 | 2023-02-27 | 2023-03-16 | ME | ME | | ME |
| 158 | Witek, Pier & Michael | 1:23-cv-00337 | USDC, ED NY | 1:23-cv-00337 | Direct Filed | 2023-01-18 | 2023-01-18 | NY | NY | NY* | |
| 159 | Yegparian, Aznive & Vram | 1:23-cv-03931 | USDC, D NJ | 3:23-cv-02029 | CTO-29, 5/18/23 | 2023-04-10 | 2023-05-26 | NJ | NJ | | NY |
| 160 | Yeotsas, Helen & Dimitri | 1:23-cv-00877 | USDC, ED NY | 1:23-cv-00877 | Direct Filed | 2023-02-05 | 2023-02-05 | NY | CT | CT* | CT |
| 161 | Young-Borra, Paula | 1:23-cv-01375 | USDC, SD NY | 7:23-cv-01040 | CTO-18, 2/13/23 | 2023-02-07 | 2023-02-24 | NY | NY | | |
| 162 | Yuzzi, Jacqueline | 1:23-cv-01700 | USDC, ND NY | 3:23-cv-00180 | CTO-19, 2/17/23 | 2023-02-09 | 2023-03-06 | NY | NY | | |
| 163 | Zaremba, William & Katherine | 1:23-cv-02966 | USDC, SD NY | 1:23-cv-02055 | CTO-26, 4/12/23 | 2023-03-10 | 2023-04-24 | NY | NY | | |