# Exhibit A

## New Case Index

|   | Plaintiff Name | Case Number | Date Filed | Notes[1] |
|---|---|---|---|---|
| 1 | POCHERT, KEITH | 1:23-cv-03870 | 5/24/2023 | Case filed before June 6, 2023, but not listed on Defs.' App'x B |
| 2 | HEBERT, LISA | 1:23-cv-03876 | 5/24/2023 | Case filed before June 6, 2023, but not listed on Defs.' App'x B |
| 3 | COLLINS, PATRICK | 1:23-cv-03917 | 5/25/2023 | Case filed before June 6, 2023, but not listed on Defs.' App'x B |
| 4 | DEVILLE, JOSEPH | 1:23-cv-03942 | 5/26/2023 | Case filed before June 6, 2023, but not listed on Defs.' App'x B |
| 5 | JONES, LATRICE | 1:23-cv-04229 | 6/8/2023 | |
| 6 | MCPHAIL, THOMAS | 1:23-cv-04255 | 6/9/2023 | |
| 7 | BURT, DARRYL | 1:23-cv-04280 | 6/9/2023 | |
| 8 | PRICE, CLEVELAND | 1:23-cv-04447 | 6/15/2023 | |
| 9 | MAHANEY, ERNEST | 1:23-cv-04446 | 6/15/2023 | |
| 10 | SHERFIELD, JEFFERY | 1:23-cv-04439 | 6/15/2023 | |
| 11 | POORE, JANICE | 1:23-cv-04438 | 6/15/2023 | |
| 12 | ERVIN, RHONDA | 1:23-cv-04430 | 6/15/2023 | |
| 13 | SEIDWITZ, DAVID | 1:23-cv-04437 | 6/15/2023 | |
| 14 | HOWSE, CAROLYN | 1:23-cv-04602 | 6/21/2023 | |
| 15 | DORSEY, DEBORAH | 1:23-cv-04662 | 6/22/2023 | |
| 16 | BYRNE, PATRICK | 1:23-cv-04684 | 6/23/2023 | |
| 17 | HARRIS, TONY | 1:23-cv-04676 | 6/23/2023 | |
| 18 | HUBBARD JR., BERT | 1:23-cv-04675 | 6/23/2023 | |
| 19 | NELSON, REGINA | 1:23-cv-04697 | 6/23/2023 | |
| 20 | STOOKSBURY, AMY | 1:23-cv-04449 | 6/27/2023 | |
| 21 | ANDRIALIS, CYNTHIA | 1:23-cv-04817 | 6/28/2023 | |
| 22 | KREIL, EDWARD | 1:23-cv-04851 | 6/28/2023 | |
| 23 | KAMINSKY, JEANNE | 1:23-cv-04869 | 6/29/2023 | |
| 24 | MOURTON, MARY | 1:23-cv-04935 | 6/30/2023 | |
| 25 | HICKS, SR., RICHARD | 1:23-cv-04954 | 6/30/2023 | |

---

[1] Defendants' Appendix B purports to "reflect Plaintiffs' claims against the TPG Defendants that have been transferred into the MDL by the Court as of June 6, 2023."