# Exhibit D

Division of Corporations - Filing



Delaware.gov    Governor | General Assembly | Courts | Elected Officials | State Agencies

**Department of State: Division of Corporations**

Allowable Characters

HOME

Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| File Number: | 6581810 | Incorporation Date / Formation Date: | 10/18/2017 (mm/dd/yyyy) |
|---|---|---|---|
| Entity Name: | OSTEON HOLDINGS, INC. | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| Name: | MAPLES FIDUCIARY SERVICES (DELAWARE) INC. | | |
|---|---|---|---|
| Address: | 4001 KENNETT PIKE, SUITE 302 | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19807 |
| Phone: | 302-338-9793 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like    Status    Status,Tax & History Information

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

Division of Corporations - Filing

Delaware.gov                                                    Governor | General Assembly | Courts | Elected Officials | State Agencies



Photo: Featured Delaware Photo

**Department of State: Division of Corporations**

Allowable Characters

**HOME**

Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | **6581817** | Incorporation Date / Formation Date: | **10/18/2017** (mm/dd/yyyy) |
| Entity Name: | **OSTEON INTERMEDIATE HOLDINGS II, INC.** | | |
| Entity Kind: | **Corporation** | Entity Type: | **General** |
| Residency: | **Domestic** | State: | **DELAWARE** |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | **MAPLES FIDUCIARY SERVICES (DELAWARE) INC.** | | |
| Address: | **4001 KENNETT PIKE, SUITE 302** | | |
| City: | **WILMINGTON** | County: | **New Castle** |
| State: | **DE** | Postal Code: | **19807** |
| Phone: | **302-338-9793** | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like      Status      Status,Tax & History Information

For help on a particular field click on the Field Tag to take you to the help area.

site map    |    privacy    |    about this site    |    contact us    |    translate    |    delaware.gov

https://icis.corp.delaware.gov/eCorp/EntitySearch/NameSearch.aspx[7/11/2023 12:21:09 PM]



PH7000084137

REX

## Florida Department of State
### Division of Corporations
### Electronic Filing Cover Sheet

---

**Note: Please print this page and use it as a cover sheet.** Type the fax audit number (shown below) on the top and bottom of all pages of the document.

(((H17000274782 3)))



H17000274782ABC5

**Note:** DO NOT hit the REFRESH/RELOAD button on your browser from this page. Doing so will generate another cover sheet.

---

```
To:        Division of Corporations
           Fax Number    : (850)617-6381

From:
           Account Name   : CORPORATE CREATIONS INTERNATIONAL INC.
           Account Number : 110432003053
           Phone          : (561)694-8107
           Fax Number     : (561)694-1639

**Enter the email address for this business entity to be used for future
annual report mailings. Enter only one email address please.**

           Email Address: _____
```

RECEIVED 17 OCT 18 PM 3:41

---

## FLORIDA PROFIT/NON PROFIT CORPORATION
### Osteon Merger Sub, Inc.

| | |
|---|---|
| Certificate of Status | 1 |
| Certified Copy | 1 |
| Page Count | 03 |
| Estimated Charge | $87.50 |

---

Electronic Filing Menu     Corporate Filing Menu     D O'KEEFE Help

OCT 19 2017

## ARTICLES OF INCORPORATION
In compliance with Chapter 607 and/or Chapter 621, F.S. (Profit)

***ARTICLE I    NAME***
The name of the corporation shall be:_____ Osteon Merger Sub, Inc._____

***ARTICLE II    PRINCIPAL OFFICE***

Principal <u>street</u> address                          Mailing address, if different is:

301 Commerce Street, Suite 3300                    _____

Fort Worth, Texas 76102                            _____

_____                   _____

***ARTICLE III    PURPOSE***
The purpose for which the corporation is organized is:_____ Merger Sub Entity_____

_____

_____

_____

_____

_____

_____

***ARTICLE IV    SHARES***          1000   Common Stock
The number of shares of stock is:_____

***ARTICLE V    INITIAL OFFICERS AND/OR DIRECTORS***

| Name and Title: | Michael LaGatta    Director | Name and Title: | Ken Murphy    Director |
|---|---|---|---|
| Address | 301 Commerce Street, Suite 3300 | Address: | 301 Commerce Street, Suite 3300 |
|  | Fort Worth, Texas 76102 |  | Fort Worth, Texas 76102 |
|  |  |  |  |
| Name and Title: |  | Name and Title: |  |
| Address |  | Address: |  |
|  |  |  |  |
|  |  |  |  |
| Name and Title: |  | Name and Title: |  |
| Address |  | Address: |  |
|  |  |  |  |

Name and Title: _____    Name and Title: _____

Address    _____    Address:    _____

_____    _____

_____    _____

## ARTICLE VI   REGISTERED AGENT

The name and Florida street address (P.O. Box **NOT** acceptable) of the registered agent is:

Name:    Corporate Creations Network Inc.

Address:    11380 Prosperity Farms Road #221E

Palm Beach Gardens, FL 33410

## ARTICLE VII   INCORPORATOR

The name and address of the Incorporator is:

Name:    Michael LaGatta

Address:    301 Commerce Street, Suite 3300

Fort Worth, Texas 76102

## ARTICLE VIII   EFFECTIVE DATE:

Effective date, if other than the date of filing: _____ . (OPTIONAL)

(If an effective date is listed, the date must be specific and cannot be more than five days prior or 90 days after the filing.)

**Note:**  If the date inserted in this block does not meet the applicable statutory filing requirements, this date will not be listed as the document's effective date on the Department of State's records.

*Having been named as registered agent to accept service of process for the above stated corporation at the place designated in this certificate, I am familiar with and accept the appointment as registered agent and agree to act in this capacity*

_____  **Rachel Kauffman, Special Secretary**    10/18/2017

Required Signature/Registered Agent    Date

*I submit this document and affirm that the facts stated herein are true. I am aware that the false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.*

_____    10/18/2017

Required Signature/Incorporator  Michael LaGatta    Date