# Exhibit E

# ACORD® CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY):** 3/31/2020

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

**IMPORTANT:** If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER**
Harden and Associates
501 Riverside Avenue, Suite 1000
Jacksonville FL 32202

**CONTACT NAME:** Pat Tanner
**PHONE (A/C, No, Ext):** 904-421-5369
**FAX (A/C, No):**
**E-MAIL ADDRESS:** ptanner@hardeninsight.com

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A : Noetic Specialty | |
| INSURER B : Chubb c/o TIC/CSSC | |
| INSURER C : Travelers Casualty and Surety | 19038 |
| INSURER D : Chubb Custom Ins. Co | 38989 |
| INSURER E : Phoenix Insurance Company | 25623 |
| INSURER F : Great Northern Insurance Co | 20303 |

**INSURED** EXACT-1
Osteon Intermediate Holdings II, Inc. LP
Exactech, Inc.
Jody Phillips
2320 NW 66th Court
Gainesville FL 32653

## COVERAGES
**CERTIFICATE NUMBER:** 73016655    **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| D | **GENERAL LIABILITY** [ ] COMMERCIAL GENERAL LIABILITY  [X] CLAIMS-MADE  [ ] OCCUR  [X] Products Liab  [X] SIR $250,000  GEN'L AGGREGATE LIMIT APPLIES PER: [ ] POLICY [ ] PROJECT [ ] LOC | Y | | 36051232 | 3/31/2020 | 3/31/2021 | EACH OCCURRENCE  DAMAGE TO RENTED PREMISES (Ea occurrence)  MED EXP (Any one person)  PERSONAL & ADV INJURY  GENERAL AGGREGATE  PRODUCTS - COMP/OP AGG | $10,000,000  $  $  $  $  $10,000,000  $ |
| F | **AUTOMOBILE LIABILITY**  [X] ANY AUTO  [ ] ALL OWNED AUTOS  [ ] SCHEDULED AUTOS  [X] HIRED AUTOS  [X] NON-OWNED AUTOS | | | 73551882 | 3/31/2020 | 3/31/2021 | COMBINED SINGLE LIMIT (Ea accident)  BODILY INJURY (Per person)  BODILY INJURY (Per accident)  PROPERTY DAMAGE (Per accident) | $1,000,000  $  $  $  $ |
| B | [X] **UMBRELLA LIAB** [X] OCCUR  [ ] EXCESS LIAB [ ] CLAIMS-MADE  [ ] DED [X] RETENTION $0 | | | 79854460 | 3/31/2020 | 3/31/2021 | EACH OCCURRENCE  AGGREGATE | $15,000,000  $15,000,000  $ |
| E | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | Y/N  N/A | | UB1P094450 | 11/16/2019 | 11/16/2020 | [X] WC STATUTORY LIMITS  [ ] OTHER  E.L. EACH ACCIDENT  E.L. DISEASE - EA EMPLOYEE  E.L. DISEASE - POLICY LIMIT | $500,000  $500,000  $500,000 |
| B C A | General Liability  XS Products  2nd layer XS Products | | | 35881709  ZUP-41N09361  EX20FL380002 | 3/31/2020  3/31/2020  3/31/2020 | 3/31/2021  3/31/2021  3/31/2021 | ea occ/agg  ea clm/agg  ea clm/agg | $1M/2M  $10M/10M  $5M/5M |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (Attach ACORD 101, Additional Remarks Schedule, if more space is required)
Independent Sales Representatives are covered by Products Liability only.

Privacy Breach Liability - $2,000,000, Beazley 3/31/20-3/31/21

Insured Subsidiaries: Exactech Taiwan R&D Co., Exactech (UK) Ltd., Exactech Canada, Exactech KK, Altiva Corporation, Exactech France, SAS, Exactech Iberica, S.L.U.

**CERTIFICATE HOLDER**
Vendormate
3445 Peachtree Rd. NE
Atlanta GA 30326

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**AUTHORIZED REPRESENTATIVE**
*Patricia R. Tanner*

© 1988-2010 ACORD CORPORATION. All rights reserved.

ACORD 25 (2010/05)     The ACORD name and logo are registered marks of ACORD