**Revised Appendix B[1]**

| Transferring Forum or Original District Forum | # Of Cases Filed Against TPG |
|---|---|
| Alabama | 2 |
| Arkansas | 11 |
| California | 2 |
| Colorado | 1 |
| Connecticut | 11 |
| Florida | 3 |
| Kentucky | 1 |
| Louisiana | 20 |
| Maine | 22 |
| Missouri | 1 |
| North Carolina | 3 |
| New Jersey | 22 |
| New York | 56 |
| Ohio | 3 |
| Pennsylvania | 1 |
| South Carolina | 1 |
| Tennessee | 31 |
| Texas | 1 |
| Virginia | 2 |
| Wyoming | 1 |
| **Total Cases** | **195** |

---

[1] This updated Appendix and the updated Appendix A reflect Plaintiffs' claims against TPG that have been consolidated in the MDL as of July 24, 2023. *Any new cases that have been added since TPG served its Motion to Dismiss on June 9, 2023 have been highlighted in yellow in the following pages.*

**Revised Appendix B**

| | Plaintiff Name(s) | MDL Case No. | Transferring Court | Originating Case No. | Transfer Status[2] | Filing Date | Transfer Date[6] | Filing State | Home State | Original District[3] | Implant Surgery State[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Albert, Karen | 1:23-cv-01965 | USDC, ME | 2:23-cv-00085 | CTO-21, 3/2/23 | 2023-02-27 | 3/16/2023 | ME | ME | | ME |
| 2 | Allen, Cynthia & Cal Ostlund | 1:23-cv-01693 | USDC, D NJ | 2:23-cv-00705 | CTO-19, 2/17/23 | 2023-02-07 | 2023-03-07 | NJ | NJ | | NY |
| 3 | Ames, Marilyn | 1:23-cv-02673 | USDC, ED NY | 1:23-cv-02673 | Direct Filed | 2023-04-10 | 2023-04-10 | NY | NY | NY | |
| 4 | Ametrano, John & Angela | 1:23-cv-02665 | USDC, SD NY | 7:23-cv-01749 | CTO-23, 3/17/23 | 2023-02-28 | 2023-04-10 | NY | NY | | NY |
| 5 | Anderson, Carol L. & Gretchen Henkel | 1:23-cv-02950 | USDC, D NJ | 2:23-cv-01445 | CTO-26, 4/12/23 | 2023-03-14 | 2023-04-24 | NJ | NJ | NJ | NY |
| 6 | Angers, Patrick J. | 1:23-cv-00347 | USDC, ED NY | 1:23-cv-00347 | Direct Filed | 2023-01-18 | 2023-01-18 | NY | LA | LA | |
| 7 | Anning, Sydney M. & Kevin J. Raidy | 1:23-cv-00939; 1:23-cv-02310 | USDC, ED NY; USDC, SD NY | 1:23-cv-00939; 1:23-cv-01045 | Direct Filed; CTO-20, 2/27/23 | 2023-02-07 | 2023-02-07; 2023-03-27 | NY | NY | NY | |
| 8 | Arnaud, Sue & James | 1:23-cv-00625 | USDC, ED NY | 1:23-cv-00625 | Direct Filed | 2023-01-26 | 2023-01-26 | NY | LA | LA | |
| 9 | Atwood, Joseph | 1:23-cv-01955 | USDC, ME | 1:23-cv-00086 | CTO-21, 3/2/23 | 2023-02-27 | 2023-03-23 | ME | ME | | ME |
| 10 | Auguillard, John | 1:23-cv-00976 | USDC, ED NY | 1:23-cv-00976 | Direct Filed | 2023-02-07 | 2023-02-07 | NY | LA | LA* | |
| 11 | Baker, Robert | 1:23-cv-00405 | USDC, ED NY | 1:23-cv-00405 | Direct Filed | 2023-01-20 | 2023-01-20 | NY | LA | LA | |
| 12 | Baldwin, Johannah D. & Bernard[5] | 1:23-cv-02311 | USDC, SD NY | 1:23-cv-01047 | CTO-19, 2/17/23 | 2023-02-07 | 2023-03-28 | NY | VA; FL | | |
| 13 | Banniza, Larry | 1:23-cv-01377 | USDC, MD TN | 3:23-cv-00103 | CTO-18, 2/13/23 | 2023-02-03 | 2023-03-02 | TN | TN | | |
| 14 | Bastien, Myrtha | 1:23-cv-02943 | USDC, D CT | 3:23-cv-00401 | CTO-26, 4/12/23 | 2023-03-31 | 2023-04-21 | CT | CT | | CT |
| 15 | Baudoin, Arlene & Douglas | 1:23-cv-00683 | USDC, ED NY | 1:23-cv-00683 | Direct Filed | 2023-01-31 | 2023-01-31 | NY | LA | LA | |
| 16 | Beaudin, Leo | 1:23-cv-01956 | USDC, D ME | 1:23-cv-00087 | CTO-21, 3/2/23 | 2023-02-27 | 2023-03-23 | ME | ME | | ME |
| 17 | Beer, Josef & Sheila | 1:23-cv-02956 | USDC, D NJ | 3:23-cv-01385 | CTO-26, 4/12/23 | 2023-03-13 | 4/21/2023 | NJ | NJ | NJ | NY, CT |
| 18 | Bellone, Allan & Lucille | 1:22-cv-06776 | USDC, ED NY | 1:22-cv-06776 | Direct Filed | 2022-11-07 | 2002-11-07 | NY | NY | NY | |
| 19 | Berger, Lawrence | 1:22-cv-06449 | USDC, ND GA | 1:22-cv-04043 | CTO-2, 10/21/22 | 2022-10-07 | 2022-10-24 | GA | GA | | GA |
| 20 | Bindel, Patrice | 2:22-cv-04142 | USDC, ED NY | 2:22-cv-04142 | Direct Filed | 2022-07-14 | 2022-10-18 | NY | NY | NY | |
| 21 | Bourque, Michael & Barbara | 1:23-cv-03318 | USDC, ED NY | 1:23-cv-03318 | Direct Filed | 2023-05-02 | 2023-05-02 | NY | LA | LA | |
| 22 | Brady, Garry | 1:23-cv-03333 | USDC, ED NY | 1:23-cv-03333 | Direct Filed | 2023-05-10 | 2023-05-10 | NY | SC | SC | FL |
| 23 | Breaux, Ronald & Mary Grace | 1:23-cv-03274 | USDC, ED NY | 1:23-cv-03274 | Direct Filed | 2023-05-01 | 2023-05-01 | NY | LA | LA | |
| 24 | Brennan, Robert G. | 1:23-cv-02463 | USDC, ED NY | 1:23-cv-02463 | Direct Filed | 2023-03-30 | 2023-03-30 | NY | NY | NY* | |
| 25 | Bukulmez, Sharon | 1:23-cv-01957 | USDC, ME | 1:23-cv-00088 | CTO-21, 3/2/23 | 2023-02-27 | 2023-03-23 | ME | ME | | ME |
| 26 | Cadaret, Cheryl & Albert | 1:23-cv-03512 | USDC, ED NY | 1:23-cv-03512 | Direct Filed | 2023-05-10 | 2023-05-10 | NY | VA | VA | |
| 27 | Capetola, Anthony & Julianne | 1:23-cv-02474 | USDC, ED NY | 1:23-cv-02474 | Direct Filed | 2023-03-31 | 2023-03-31 | NY | NY | NY* | |
| 28 | Carlton, Peggy & Clay | 1:23-cv-02398 | USDC, MD TN | 3:23-cv-00212 | CTO-23, 3/17/23 | 2023-03-09 | 2023-03-31 | TN | TN | TN | |
| 29 | Carolina, Laquiesha | 1:22-cv-06457 | USDC, D CO | 1:22-cv-01511 | CTO-1, 10/20/22 | 2022-06-16 | 2022-10-25 | CO | CO | | CO |
| 30 | Carr, James & Christie | 1:23-cv-03293 | USDC, ED NY | 1:23-cv-03293 | Direct Filed | 2023-05-10 | 2023-05-10 | NY | AR | AR | AR |

2. Any cases that were directly filed in the MDL are classified as "Direct Filed." All other cases are classified as "CTO" along with a citation to the relevant Conditional Transfer Orders transferring these cases into the MDL.

3. Pursuant to this Court's Direct Filing Order "any Plaintiff who files a complaint directly in this Court … shall designate in the Master Short Form Complaint the federal district in which the complaint should be deemed to have otherwise been originally filed absent this Direct Filing Order (hereinafter, the 'Original District')." ECF No. 74 at 2. The "Original District" column is therefore populated only for Plaintiffs who filed directly in the MDL. Certain of those Plaintiffs either did not identify an "Original District" or identified more than one "Original District." These Plaintiffs have been identified with an asterisk (*). For purposes of this analysis only and reserving all rights, the TPG Defendants assume the "Original District" would be the state the Plaintiff resided in at the time of filing.

4. The "Implant Surgery State" column is populated only for Plaintiffs who filed in forums where the situs of injury may be relevant for the choice-of-law analysis. See Rev'd App'x A (identifying such states). Certain Plaintiffs did not indicate the location of the implant surgery either as directed in the Short Form Complaint or in the complaint they filed in the transferor forum. These Plaintiffs have been identified with a double asterisk (**) and for purposes of this analysis only and reserving all rights, the TPG Defendants assume the implant surgery location is the state these Plaintiffs resided in at the time of filing.

5. Plaintiffs highlighted in light red were included in Appendix A served with TPG Defendants' opening brief on June 9, 2023, but are no longer subject to TPG's Motion to Dismiss because they do not have pending claims against TPG, including because certain of these Plaintiffs have already voluntarily dismissed their claims against the TPG Defendants. These cases have been excluded from TPG's summary case count. See infra at 1. Certain additional Plaintiffs either (1) do not properly name the TPG Defendant(s) in their complaints but have executed a summons to the TPG Defendant(s) (e.g., Plaintiffs Andrew & Donna Kraus) or (2) name the TPG Defendant(s) in their complaints but have not properly executed a summons to the TPG Defendant(s) (e.g., Plaintiff Gregory Rhodes). While TPG maintains that these pleadings are deficient, TPG includes them in this Appendix for the Court's reference. These cases have been included in TPG's summary case count and are not highlighted in light red. See id.

6. For the Plaintiff without a "Transfer Date" listed, that Plaintiff did not yet have an associated case on PACER related to their MDL Case No. as of July 24, 2023.

**Revised Appendix B**

| | Plaintiff Name(s)[5] | MDL Case No. | Transferring Court | Originating Case No. | Transfer Status[2] | Filing Date | Transfer Date[6] | Filing State | Home State | Original District[3] | Implant Surgery State[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 31 | Carter, Tamerlane | 1:23-cv-04143 | USDC, ED NY | 1:23-cv-04143 | Direct Filed | 2023-06-05 | 2023-06-05 | NY | TX | TX | |
| 32 | Castonguay, Joanne | 1:23-cv-01958 | USDC, ME | 1:23-cv-00089 | CTO-21, 3/2/23 | 2023-02-27 | 2023-03-23 | ME | ME | | ME |
| 33 | Chick, Willis | 1:23-cv-01959 | USDC, ME | 1:23-cv-00090 | CTO-21, 3/2/23 | 2023-02-27 | 2023-03-20 | ME | ME | | ME |
| 34 | Christie, Todd & Andrea | 1:23-cv-01694 | USDC, D NJ | 2:23-cv-00709 | CTO-19, 2/17/23 | 2023-02-07 | 2023-03-07 | NJ | NJ | NJ | NY |
| 35 | Ciasullo, Thomas & Robin | 1:23-cv-00688 | USDC, ED NY | 1:23-cv-00688 | Direct Filed | 2023-01-31 | 2023-01-31 | NY | NJ | NJ* | NY |
| 36 | Codd, Luann | 1:23-cv-01692 | USDC, D NJ | 2:23-cv-00701 | CTO-19, 2/17/23 | 2023-02-07 | 2023-03-06 | NJ | NJ | NJ | NY |
| 37 | Competiello, Grace & John | 1:23-cv-00812 | USDC, ED NY | 1:23-cv-00812 | Direct Filed | 2023-02-02 | 2023-02-02 | NY | NY | NY | |
| 38 | Constantin, Lloyd | 1:23-cv-03323 | USDC, ED NY | 1:23-cv-03323 | Direct Filed | 2023-05-02 | 2023-05-02 | NY | LA | LA | |
| 39 | Costello, Stanley | 1:23-cv-01966 | USDC, ME | 2:23-cv-00091 | CTO-21, 3/2/23 | 2023-02-27 | 2023-03-16 | ME | ME | | ME |
| 40 | Cullum, Robert J. | 1:22-cv-07789 | USDC, SD NY | 1:22-cv-10154 | CTO-10, 12/6/22 | 2022-11-30 | 2022-12-21 | NY | NY | NY | |
| 41 | Davis, Jason R. | 1:23-cv-01314 | USDC, ED NY | 1:23-cv-01314 | Direct Filed | 2023-02-17 | 2023-02-17 | NY | NC | NC | NC |
| 42 | Deutsch, Rivkah & Jacob | 1:23-cv-00325 | USDC, SD NY | 7:22-cv-10790 | CTO-13, 1/6/23 | 2022-12-21 | 2023-02-02 | NY | NY | NY | |
| 43 | D'Orazio, Sante | 1:23-cv-03424 | USDC, ED NY | 1:23-cv-03424 | Direct Filed | 2023-05-05 | 2023-05-05 | NY | NY | NY | |
| 44 | Dos Santos, Sarah | 1:23-cv-01754 | USDC, ME | 1:23-cv-00082 | CTO-20, 2/27/23 | 2023-02-24 | 2023-03-10 | ME | ME | | ME |
| 45 | Drake, Mildred | 1:23-cv-00796 | USDC, ED NY | 1:23-cv-00796 | Direct Filed | 2023-02-02 | 2023-02-02 | NY | PA | PA | PA |
| 46 | Dumeny, Ricky | 1:23-cv-01960 | USDC, ME | 1:23-cv-00092 | CTO-21, 3/2/23 | 2023-02-27 | 2023-03-20 | ME | ME | | ME |
| 47 | Dunleavy, Paul & Wendy | 1:22-cv-06987 | USDC, D NJ | 3:22-cv-06305 | CTO-5, 11/3/22 | 2022-10-27 | 2022-11-15 | NJ | NJ | NJ | NY |
| 48 | Dunn, Patrick | 1:23-cv-01967 | USDC, ME | 2:23-cv-00093 | CTO-21, 3/2/23 | 2023-02-27 | 2023-03-16 | ME | ME | | ME |
| 49 | Eccles, Robert | 1:23-cv-01968 | USDC, ME | 2:23-cv-00094 | CTO-21, 3/2/23 | 2023-02-27 | 2023-03-16 | ME | ME | | ME |
| 50 | Ehrbar, Barbara | 1:23-cv-01437 | USDC, ED NY | 1:23-cv-01437 | Direct Filed | 2023-02-23 | 2023-02-23 | NY | NY | NY* | |
| 51 | Euler, Cheryl & Scott | 1:23-cv-00624 | USDC, ED NY | 1:23-cv-00624 | Direct Filed | 2023-01-27 | 2023-01-27 | NY | TN | TN | |
| 52 | Florio, Carol | 1:23-cv-00913 | USDC, ED NY | 1:23-cv-00913 | Direct Filed | 2023-02-06 | 2023-02-06 | NY | NY | NY* | |
| 53 | Florio, John & Virginia | 1:23-cv-01932 | USDC, ED NY | 1:23-cv-01932 | Direct Filed | 2023-03-14 | 2023-03-14 | NY | NY | NY | |
| 54 | Francia, Richard | 1:23-cv-03927 | USDC, D CT | 3:23-cv-00471 | CTO-29, 5/18/23 | 2023-04-14 | 2023-05-31 | CT | CT | | NY |
| 55 | Gallagher, Kevin | 1:23-cv-01018 | USDC, ED NY | 1:23-cv-01018 | Direct Filed | 2023-02-07 | 2023-02-07 | NY | NC | NC | NY |
| 56 | Gardner, LaDonna & Jamaron Martin | 1:23-cv-01378 | USDC, MD TN | 3:23-cv-00115 | CTO-18, 2/13/23 | 2023-02-07 | 2023-03-16 | TN | TN | | |
| 57 | Giamundo, Criselda | 1:23-cv-01008 | USDC, ED NY | 1:23-cv-01008 | Direct Filed | 2023-02-07 | 2023-02-07 | NY | NY | NY | |
| 58 | Giordano, Michael | 1:23-cv-03925 | USDC, D CT | 3:23-cv-00457 | CTO-29, 5/18/23 | 2023-04-11 | 2023-06-05 | CT | CT | | NY |
| 59 | Glass, Leneatha Carole & Steven | 1:22-cv-07408 | USDC, MD TN | 3:22-cv-00894 | CTO-6, 11/9/22 | 2022-11-07 | 2022-12-07 | TN | TN | TN | |
| 60 | Golly, Lisa | 1:23-cv-00343 | USDC, ED NY | 1:23-cv-00343 | Direct Filed | 2023-01-18 | 2023-01-18 | NY | LA | LA | |
| 61 | Gordon, Mark | 1:23-cv-01755 | USDC, ME | 1:23-cv-00083 | CTO-20, 2/27/23 | 2023-02-24 | 2023-03-10 | ME | ME | | ME |
| 62 | Grogan, Gary & Eileen | 1:23-cv-01695 | USDC, D NJ | 2:23-cv-00711 | CTO-19, 2/17/23 | 2023-02-07 | 2023-03-07 | NJ | NJ | | NY |
| 63 | Hannan, Daniel T. & Christina | 1:23-cv-01575 | USDC, ED NY | 1:23-cv-01575 | Direct Filed | 2023-02-28 | 2023-02-28 | NY | NY | NY | |
| 64 | Hargrave, Pamala G. & Richard O. | 1:23-cv-03935 | USDC, SD NY | 7:23-cv-03034 | CTO-29, 5/18/23 | 2023-04-11 | 2023-05-18 | NY | NY | NY | |
| 65 | Harrison, Danny & Phyllis | 1:23-cv-03157 | USDC, ED NY | 1:23-cv-03157 | Direct Filed | 2023-04-26 | 2023-04-26 | NY | NC | NC | OH |
| 66 | Hassell III, Alvin David & Leticia | 1:23-cv-02972 | USDC, MD TN | 3:23-cv-00281 | CTO-26, 4/12/23 | 2023-03-28 | 2023-05-23 | TN | TN | | |
| 67 | Hilson, William Edwin | 1:23-cv-03926 | USDC, D CT | 3:23-cv-00469 | CTO-29, 5/18/23 | 2023-04-14 | 2023-05-30 | CT | CT | | NY |
| 68 | Hoff, Chet & Elizabeth | 1:23-cv-03822 | USDC, ED NY | 1:23-cv-03822 | Direct Filed | 2023-05-22 | 2023-05-22 | NY | NY | NY | |
| 69 | Hoffman, Joan | 1:23-cv-01709 | USDC, ED NY | 1:23-cv-01709 | Direct Filed | 2023-03-06 | 2023-03-06 | NY | NY | NY* | |

**Revised Appendix B**

| | Plaintiff Name(s)[5] | MDL Case No. | Transferring Court | Originating Case No. | Transfer Status[2] | Filing Date | Transfer Date[6] | Filing State | Home State | Original District[3] | Implant Surgery State[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 70 | Hofmann, Ryan & Marina | 1:23-cv-03485 | USDC, ED NY | 1:23-cv-03485 | Direct Filed | 2023-05-09 | 2023-05-09 | NY | NY | NY | |
| 71 | Holzhauser, Lawrence & Elizabeth | 1:23-cv-03725 | USDC, ED NY | 1:23-cv-03725 | Direct Filed | 2023-05-18 | 2023-05-18 | NY | CA | CA | |
| 72 | Hursey, Billy | 1:22-cv-07893 | USDC, MD TN | 3:22-cv-01020 | CTO-12, 12/20/22 | 2022-12-14 | 2023-01-05 | TN | TN | TN | |
| 73 | Hyde, Holly | 1:23-cv-01970 | USDC, ME | 2:23-cv-00096 | CTO-21, 3/2/23 | 2023-02-27 | 2023-03-16 | ME | ME | | ME |
| 74 | Johns, Ella Trappey & Robert Regan | 1:23-cv-03398 | USDC, ED NY | 1:23-cv-03398 | Direct Filed | 2023-05-08 | 2023-05-08 | NY | LA | LA | |
| 75 | Kilgore, Kenneth | 1:23-cv-03626 | USDC, ED NY | 1:23-cv-03626 | Direct Filed | 2023-05-15 | 2023-05-15 | NY | TN | FL | |
| 76 | Kirsch, Harry & Nechama | 1:23-cv-03937 | USDC, SD NY | 7:23-cv-03039 | CTO-29, 5/18/23 | 2023-04-11 | 2023-05-18 | NY | NY | NY | |
| 77 | Kolinski, Alison | 1:23-cv-02314 | USDC, SD NY | 7:23-cv-01049 | CTO-19, 2/17/23 | 2023-02-07 | 2023-03-27 | NY | NY | NY | |
| 78 | Komin, Hanna & David | 1:23-cv-03930 | USDC, D NJ | 3:23-cv-02013 | CTO-29, 5/18/23 | 2023-04-10 | 2023-05-26 | NJ | NJ | | NY |
| 79 | Kraus, Andrew & Donna | 1:23-cv-02967 | USDC, SD NY | 1:23-cv-02065 | CTO-26, 4/12/23 | 2023-03-13 | 2023-04-28 | NY | NY | | |
| 80 | La Rosa, Bridget & James Majeski | 1:23-cv-00835 | USDC, ED NY | 1:23-cv-00835 | Direct Filed | 2023-02-03 | 2023-02-03 | NY | CT | CT | NY, CT |
| 81 | Laks, Isidore | 1:23-cv-01697 | USDC, D NJ | 2:23-cv-00714 | CTO-19, 2/17/23 | 2023-02-07 | 2023-03-07 | NJ | NJ | | NY |
| 82 | LaPoint, Darrell & Melinda | 1:23-cv-00701 | USDC, ED NY | 1:23-cv-00701 | Direct Filed | 2023-01-31 | 2023-01-31 | NY | LA | LA | |
| 83 | Latiolais, Kathleen | 1:23-cv-00426 | USDC, ED NY | 1:23-cv-00426 | Direct Filed | 2023-01-20 | 2023-01-20 | NY | LA | LA | |
| 84 | Leddy, Brendan & Patricia | 1:23-cv-00929 | USDC, ED NY | 1:23-cv-00929 | Direct Filed | 2023-02-06 | 2023-02-06 | NY | NY | NY | |
| 85 | Lempner, Robert W. & Kathleen | 1:23-cv-04142 | USDC, ED NY | 1:23-cv-04142 | Direct Filed | 2023-06-05 | 2023-06-05 | NY | OH | OH | OH |
| 86 | Leto, Peter & Tracy | 1:23-cv-03929 | USDC, D NJ | 2:23-cv-02031 | CTO-29, 5/18/23 | 2023-04-10 | 2023-05-30 | NJ | NJ | | NY |
| 87 | Lewis, Ronald & Lisa | 1:23-cv-00804 | USDC, ED NY | 1:23-cv-00804 | Direct Filed | 2023-02-02 | 2023-02-02 | NY | NY | NY | |
| 88 | Lueders, Carl | 1:23-cv-01969 | USDC, ME | 2:23-cv-00095 | CTO-21, 3/2/23 | 2023-02-27 | 2023-03-16 | ME | ME | | ME |
| 89 | Maguire, Martin & Margaret | 1:23-cv-00714 | USDC, ED NY | 1:23-cv-00714 | Direct Filed | 2023-01-31 | 2023-01-31 | NY | NY | NY | |
| 90 | Mancini, Kathleen & Thomas R. | 1:23-cv-02378 | USDC, NJ | 2:23-cv-01170 | CTO-23, 3/17/23 | 2023-02-28 | 2023-03-29 | NJ | NJ | | NY |
| 91 | Mank, Richard | 1:23-cv-01961 | USDC, ME | 1:23-cv-00097 | CTO-21, 3/2/23 | 2023-02-27 | 2023-03-20 | ME | ME | | ME |
| 92 | Marinello, Michelle | 1:23-cv-02964 | USDC, NJ | 3:23-cv-01388 | CTO-26, 4/12/23 | 2023-03-13 | 2023-04-21 | NJ | NJ | | NY |
| 93 | Martin, Dena | 1:23-cv-01971 | USDC, ME | 2:23-cv-00098 | CTO-21, 3/2/23 | 2023-02-27 | 2023-03-16 | ME | ME | | ME |
| 94 | Masi, Daniel & Diane | 1:23-cv-02381 | USDC, NJ | 2:23-cv-01172 | CTO-23, 3/17/23 | 2023-02-28 | 2023-03-30 | NJ | NJ | | NY |
| 95 | Matchett, Christopher & Rebecca | 1:22-cv-06428 | USDC, SD NY | 1:22-cv-05864 | CTO-1, 10/20/22 | 2022-07-09 | 2022-10-24 | NY | NY | NY | |
| 96 | Matthews, Donnie & Donna | 1:23-cv-02973 | USDC, MD TN | 3:23-cv-00282 | CTO-26, 4/12/23 | 2023-03-28 | 2023-05-23 | TN | TN | | |
| 97 | Mayo, Andrew | 1:23-cv-01698 | USDC, D NJ | 2:23-cv-00712 | CTO-19, 2/17/23 | 2023-02-07 | 2023-03-07 | NJ | NJ | | NY |
| 98 | McClean, Robert K. | 1:23-cv-02969 | USDC, SD NY | 1:23-cv-02826 | CTO-26, 4/12/23 | 2023-04-04 | 2023-04-28 | NY | NY | | |
| 99 | McDermott, Lucia B. | 1:23-cv-02942 | USDC, SD AL | 1:23-cv-00118 | CTO-26, 4/12/23 | 2023-04-06 | 2023-04-21 | AL | AL | | AL |
| 100 | McGear, Cynthia & Chester | 1:23-cv-02139 | USDC, ED AR | 4:23-cv-00168 | CTO-22, 3/10/23 | 2023-03-03 | 2023-03-21 | AR | AR | | AR** |
| 101 | Mitchell, Nancy | 1:23-cv-01962 | USDC, ME | 1:23-cv-00099 | CTO-21, 3/2/23 | 2023-02-27 | 2023-03-20 | ME | ME | | ME |
| 102 | Monaco, Charles & Ninon Trudell | 1:23-cv-01900 | USDC, ED NY | 1:23-cv-01900 | Direct Filed | 2023-03-13 | 2023-03-13 | NY | NY | NY | |
| 103 | Moore, Angelette Waters & Victor | 1:23-cv-01696 | USDC, D NJ | 2:23-cv-00713 | CTO-19, 2/17/23 | 2023-02-07 | 2023-03-07 | NJ | NJ | | NY |
| 104 | Moore, Robert & Amy | 1:23-cv-01376 | USDC, MD TN | 3:23-cv-00102 | CTO-18, 2/13/23 | 2023-02-03 | 2023-03-02 | TN | TN | TN | |
| 105 | Morgan, Anthony & Emily | 1:23-cv-01024 | USDC, ED NY | 1:23-cv-01024 | Direct Filed | 2023-02-08 | 2023-02-08 | NY | LA | LA* | |
| 106 | Murphy, Jacqueline & Thomas | 1:23-cv-00718 | USDC, ED NY | 1:23-cv-00718 | Direct Filed | 2023-01-31 | 2023-01-31 | NY | NY | NY* | |
| 107 | Nuzzo, Keith | 1:23-cv-01963 | USDC, ME | 1:23-cv-00100 | CTO-21, 3/2/23 | 2023-02-27 | 2023-03-16 | ME | ME | | ME |
| 108 | Overton, Nathan & Patricia | 1:23-cv-03669 | USDC, MD TN | 3:23-cv-00435 | CTO-28, 5/9/23 | 2023-05-02 | 2023-05-09 | TN | TN | | |

**Revised Appendix B**

| | Plaintiff Name(s)[5] | MDL Case No. | Transferring Court | Originating Case No. | Transfer Status[2] | Filing Date | Transfer Date[6] | Filing State | Home State | Original District[3] | Implant Surgery State[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 109 | Perez, Miroslabia | 1:22-cv-06456 | USDC, SD NY | 1:22-cv-05863 | CTO-1, 10/20/22 | 2022-07-09 | 2022-10-25 | NY | NY | NY | |
| 110 | Plaisance, Cindy | 1:23-cv-01374 | USDC, ED LA | 2:23-cv-00456 | CTO-18, 2/13/23 | 2023-02-06 | 2023-02-24 | LA | LA | | |
| 111 | Poussard, Roland | 1:23-cv-01972 | USDC, ME | 2:23-cv-00101 | CTO-21, 3/2/23 | 2023-02-27 | 2023-03-16 | ME | ME | | ME |
| 112 | Poynor, Karen & Brian | 1:23-cv-02899 | USDC, ED NY | 1:23-cv-02899 | Direct Filed | 2023-04-19 | 2023-04-19 | NY | TN | TN | |
| 113 | Pravin, Faina | 1:22-cv-06086 | USDC, D CT | 3:22-cv-00682 | Initial Transfer Order, 10/7/22 | 2022-05-19 | 2022-10-18 | CT | CT | CT | NY |
| 114 | Prime, Hedwig | 1:23-cv-03934 | USDC, ND NY | 3:23-cv-00447 | CTO-29, 5/18/23 | 2023-04-11 | 2023-05-30 | NY | NY | NY | |
| 115 | Proscia, Christopher & Rosemary | 1:22-cv-07165 | USDC, ED NY | 1:22-cv-07165 | Direct Filed | 2022-11-23 | 2022-11-28 | NY | NY | NY | |
| 116 | Reilly, John & Eileen McCauley | 1:23-cv-03443 | USDC, ED NY | 1:23-cv-03443 | Direct Filed | 2023-05-08 | 2023-05-08 | NY | NY | NY | |
| 117 | Reyes, Carmen M. | 1:23-cv-02664 | USDC, SD NY | 1:23-cv-01746 | CTO-23, 3/17/23 | 2023-02-28 | 2023-04-10 | NY | Puerto Rico | | |
| 118 | Reynolds, Frank & Jody | 1:23-cv-02379 | USDC, NJ | 2:23-cv-01171 | CTO-23, 3/17/23 | 2023-02-28 | 2023-03-30 | NJ | NJ | | NY |
| 119 | Rhodes, Gregory | 1:23-cv-01577 | USDC, ED NY | 1:23-cv-01577 | Direct Filed | 2023-02-28 | 2023-02-28 | NY | AL | AL | AL |
| 120 | Rich, Anders & Sasha Nanus | 1:23-cv-02968 | USDC, SD NY | 1:23-cv-02714 | CTO-26, 4/12/23 | 2023-03-31 | 2023-04-28 | NY | NY | | |
| 121 | Roberts, Jeffrey & Lynn | 1:23-cv-02907 | USDC, ED NY | 1:23-cv-02907 | Direct Filed | 2023-04-19 | 2023-04-19 | NY | TN | TN | |
| 122 | Rohrer, Maretta & John | 1:23-cv-03939 | USDC, MD TN | 3:23-cv-00355 | CTO-29, 5/18/23 | 2023-04-14 | 2023-05-30 | TN | TN | | |
| 123 | Roman, Victor M. & Romona | 1:23-cv-02944 | USDC, D CT | 3:23-cv-00403 | CTO-26, 4/12/23 | 2023-03-31 | 2023-04-24 | CT | CT | | CT |
| 124 | Rosato, Patrice & Daniel | 1:23-cv-02382 | USDC, NJ | 2:23-cv-01201 | CTO-23, 3/17/23 | 2023-03-01 | 2023-03-30 | NJ | NJ | NJ | NY |
| 125 | Ross, Mary Christina | 1:22-cv-07407 | USDC, MD TN | 3:22-cv-00928 | CTO-9, 11/18/22 | 2022-11-15 | 2022-12-07 | TN | TN | TN | |
| 126 | Rotchford, Janet & Philip | 1:23-cv-03427 | USDC, ED NY | 1:23-cv-03427 | Direct Filed | 2023-05-05 | 2023-05-05 | NY | NJ | NJ | NY |
| 127 | Rozenberg, Dina & Alex | 1:23-cv-03150 | USDC, ED NY | 1:23-cv-03150 | Direct Filed | 2023-04-26 | 2023-04-26 | NY | NY | NY | |
| 128 | Ryan, Thomas & Kathy | 1:23-cv-03727 | USDC, ED NY | 1:23-cv-03727 | Direct Filed | 2023-05-18 | 2023-05-18 | NY | NJ | NY | |
| 129 | Scafidi, Vincent Jr. | 1:23-cv-00720 | USDC, ED NY | 1:23-cv-00720 | Direct Filed | 2023-01-31 | 2023-01-31 | NY | NY | NY | |
| 130 | Schieler, Charles | 1:23-cv-04079 | USDC, ED NY | 1:23-cv-04079 | Direct Filed | 2023-06-01 | 2023-06-01 | NY | NY | NY | |
| 131 | Schrott, Susan & Jonathan | 1:22-cv-07633 | USDC, ED NY | 1:22-cv-07633 | Direct Filed | 2022-12-15 | 2022-12-16 | NY | NY | NY | |
| 132 | Sekula, Abraham & Rachel | 1:23-cv-00866 | USDC, ED NY | 1:23-cv-00866 | Direct Filed | 2023-02-04 | 2023-02-04 | NY | NY | NY | |
| 133 | Sellers, Debra & Angela Thomas | 1:23-cv-00495 | USDC, ED NY | 1:23-cv-00495 | Direct Filed | 2023-01-24 | 2023-01-24 | NY | LA | | LA |
| 134 | Sentz, Robert & Colleen | 1:23-cv-02385 | USDC, MD TN | 1:23-cv-00012 | CTO-23, 3/17/23 | 2023-03-07 | 2023-03-31 | TN | TN | | |
| 135 | Sherry, Gerard | 1:23-cv-02480 | USDC, ED NY | 1:23-cv-02480 | Direct Filed | 2023-03-31 | 2023-03-31 | NY | NY | NY* | |
| 136 | Siegel, Stuart | 1:23-cv-02971 | USDC, SD NY | 7:23-cv-02740 | CTO-26, 4/12/23 | 2023-03-31 | 2023-04-28 | NY | NY | | |
| 137 | Silatchom Foyou, Francois De Paul | 1:23-cv-00933 | USDC, ED NY | 1:23-cv-00933 | Direct Filed | 2023-02-06 | 2023-02-06 | NY | NY | NY | |
| 138 | Simpson, Donna | 1:23-cv-01756 | USDC, D ME | 2:23-cv-00084 | CTO-20, 2/27/23 | 2023-02-24 | 2023-03-10 | ME | ME | | ME |
| 139 | Slon, Jonathan & Renee | 1:23-cv-04028 | USDC, ED NY | 1:23-cv-04028 | Direct Filed | 2023-05-31 | 2023-05-31 | NY | NY | NY | |
| 140 | Smotherman, Glenda & Horace | 1:23-cv-04159 | USDC, ED NY | 1:23-cv-04159 | Direct Filed | 2023-06-06 | 2023-06-06 | NY | TN | TN | |
| 141 | St. Julien, Alzina & Curtis | 1:23-cv-03190 | USDC, ED NY | 1:23-cv-03190 | Direct Filed | 2023-04-27 | 2023-04-27 | NY | LA | LA*, DE* | |
| 142 | Taylor, Julian & Barbara | 1:22-cv-06819 | USDC, ED AR | 4:22-cv-01020 | CTO-4, 10/26/22 | 2022-10-21 | 2022-11-08 | AR | AR | AR | AR |
| 143 | Teatom, James | 1:22-cv-06022 | USDC, ED NY | 1:22-cv-06022 | Direct Filed | 2022-10-07 | 2022-10-18 | NY | NY | NY | |
| 144 | Tester, Sandra & Morris | 1:22-cv-07222 | USDC, ED AR | 4:22-cv-01100 | CTO-9, 11/18/22 | 2022-11-15 | 2022-11-29 | AR | AR | | AR |
| 145 | Tujague, Jr., John | 1:23-cv-03724 | USDC, ED NY | 1:23-cv-03724 | Direct Filed | 2023-05-18 | 2023-05-18 | NY | LA | LA | |
| 146 | Turner, Karen | 1:23-cv-00723 | USDC, ED NY | 1:23-cv-00723 | Direct Filed | 2023-01-31 | 2023-01-31 | NY | NY | KY | TN |
| 147 | Varneckas, Elaine | 1:23-cv-02953 | USDC, NJ | 2:23-cv-01507 | CTO-26, 4/12/23 | 2023-03-17 | 2023-04-24 | NJ | NJ | NJ | NY |

**Revised Appendix B**

| | Plaintiff Name(s)[5] | MDL Case No. | Transferring Court | Originating Case No. | Transfer Status[2] | Filing Date | Transfer Date[6] | Filing State | Home State | Original District[3] | Implant Surgery State[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 148 | Veilleux, Eugene | 1:23-cv-01973 | USDC, ME | 2:23-cv-00102 | CTO-21, 3/2/23 | 2023-02-27 | 2023-03-16 | ME | ME | | ME |
| 149 | Veneziano, Pasquale & Cynthia | 1:23-cv-01699 | USDC, D NJ | 2:23-cv-00715 | CTO-19, 2/17/23 | 2023-02-07 | 2023-03-07 | NJ | NJ | | NY |
| 150 | von Euler, Sharon & Bjorn | 1:22-cv-07197 | USDC, SD NY | 1:22-cv-09495 | CTO-7, 11/14/22 | 2022-11-07 | 2022-11-28 | NY | NJ | NY | |
| 151 | Wachsler, Susanna | 1:23-cv-02315 | USDC, SD NY | 1:23-cv-01048 | CTO-19, 2/17/23 | 2023-02-07 | 2023-03-27 | NY | NY | | |
| 152 | Wall, Lynda | 1:23-cv-02948 | USDC, D NJ | 2:23-cv-01389 | CTO-26, 4/12/23 | 2023-03-13 | 2023-04-21 | NY | NJ | | |
| 153 | Walsh, Susan & Michael | 1:23-cv-02949 | USDC, D NJ | 2:23-cv-01396 | CTO-26, 4/12/23 | 2023-03-13 | 2023-04-24 | NY | NJ | | |
| 154 | Walsh, Thomas & Maryann | 1:23-cv-03107 | USDC, ED NY | 1:23-cv-03107 | Direct Filed | 2023-04-24 | 2023-04-24 | NY | NY | NY | |
| 155 | Watkins, Patrick | 1:23-cv-03668 | USDC, MD TN | 3:23-cv-00328 | CTO-28, 5/9/23 | 2023-04-13 | 2023-05-22 | TN | TN | | |
| 156 | White, Lori & Doug | 1:23-cv-02974 | USDC, MD TN | 3:23-cv-00283 | CTO-26, 4/12/23 | 2023-03-28 | 2023-04-24 | TN | OK | TN | |
| 157 | Wills, Stanley | 1:23-cv-01964 | USDC, ME | 1:23-cv-00103 | CTO-21, 3/2/23 | 2023-02-27 | 2023-03-16 | ME | ME | | ME |
| 158 | Witek, Pier & Michael | 1:23-cv-00337 | USDC, ED NY | 1:23-cv-00337 | Direct Filed | 2023-01-18 | 2023-01-18 | NY | NY | NY | |
| 159 | Yegparian, Aznive & Vram | 1:23-cv-03931 | USDC, D NJ | 3:23-cv-02029 | CTO-29, 5/18/23 | 2023-04-10 | 2023-05-26 | NJ | NJ | | NY |
| 160 | Yeotsas, Helen & Dimitri | 1:23-cv-00877; 1:23-cv-03122 | USDC, ED NY | 1:23-cv-00877; 1:23-cv-03122 | Direct Filed | 2023-02-05; 2023-04-25 | 2023-02-05; 2023-04-25 | NY | CT | CT* | CT |
| 161 | Young-Borra, Paula | 1:23-cv-01375 | USDC, SD NY | 7:23-cv-01040 | CTO-18, 2/13/23 | 2023-02-07 | 2023-02-24 | NY | NY | NY | |
| 162 | Yuzzi, Jacqueline | 1:23-cv-01700 | USDC, ND NY | 3:23-cv-00180 | CTO-19, 2/17/23 | 2023-02-09 | 2023-03-06 | NY | NY | NY | |
| 163 | Zaremba, William & Katherine | 1:23-cv-02966 | USDC, SD NY | 1:23-cv-02055 | CTO-26, 4/12/23 | 2023-03-10 | 2023-04-24 | NY | NY | | |
| 164 | Andrialis, Robert | 1:23-cv-04817 | USDC, ED NY | 1:23-cv-04817 | Direct Filed | 2023-06-28 | 2023-06-28 | NY | NY | NY | |
| 165 | Bach, Jerilynn | 1:23-cv-04604 | USDC, ED NY | 1:23-cv-04604 | Direct Filed | 2023-06-21 | 2023-06-21 | NJ | NY | NY | |
| 166 | Burt, Darryl | 1:23-cv-04280 | USDC, ED NY | 1:23-cv-04280 | Direct Filed | 2023-06-09 | 2023-06-09 | NY | VA | VA | |
| 167 | Byrne, Patrick | 1:23-cv-04684 | USDC, ED NY | 1:23-cv-04684 | Direct Filed | 2023-06-23 | 2023-06-23 | NY | NY | NY | |
| 168 | Cardello, Salvatore & Selena | 1:23-cv-05451 | USDC, ED NY | 1:23-cv-05451 | Direct Filed | 2023-07-19 | 2023-07-19 | NY | CT | CT | CT |
| 169 | Cheramie, Gary J. | 1:22-cv-06372 | USDC, ED LA | 2:22-cv-03168 | CTO-1, 10/21/22; Direct Filed | 2022-09-08 | 2022-10-21 | LA; NY | LA | LA | |
| 170 | Collins, Patrick | 1:23-cv-03917 | USDC, ED NY | 1:23-cv-03917 | Direct Filed | 2023-05-25 | 2023-05-25 | NY | LA | LA | |
| 171 | Conover, Michael J. | 1:23-cv-05458 | USDC, ED NY | 1:23-cv-05458 | Direct Filed | 2023-07-19 | 2023-07-19 | NY | CT | CT | CT |
| 172 | Davis, Jacky | 1:23-cv-01757 | USDC, MD TN | 3:23-cv-00629 | CTO-32, 7/17/23 | 2023-06-20 | 2023-07-18 | TN | TN | | |
| 173 | Deville, Joseph | 1:23-cv-03942 | USDC, ED NY | 1:23-cv-03942 | Direct Filed | 2023-05-26 | 2023-05-26 | NY | LA | FL | |
| 174 | Dorsey, Deborah | 1:23-cv-04662 | USDC, ED NY | 1:23-cv-04662 | Direct Filed | 2023-06-22 | 2023-06-22 | NY | AR | AR | AR |
| 175 | Ervin, Rhonda L. | 1:23-cv-04430 | USDC, ED NY | 1:23-cv-04430 | Direct Filed | 2023-06-15 | 2023-06-15 | NY | TN | TN | |
| 176 | Harris, Tony | 1:23-cv-04676 | USDC, ED NY | 1:23-cv-04676 | Direct Filed | 2023-06-23 | 2023-06-23 | NY | AR | AR | AR |
| 177 | Hebert, Lisa Ann | 1:23-cv-03876 | USDC, ED NY | 1:23-cv-03876 | Direct Filed | 2023-05-24 | 2023-05-24 | NY | LA | LA | |
| 178 | Hicks, Sr., Richard | 1:23-cv-04954 | USDC, ED NY | 1:23-cv-04954 | Direct Filed | 2023-06-30 | 2023-06-30 | NY | TN | FL | |
| 179 | Hietanen, Katherine | 1:23-cv-02383 | USDC, MD TN | 3:23-cv-00625 | CTO-32, 7/17/23 | 2023-06-16 | 2023-07-17 | TN | TN | | |
| 180 | Howse, Carolyn F. | 1:23-cv-04602 | USDC, ED NY | 1:23-cv-04602 | Direct Filed | 2023-06-21 | 2023-06-21 | NY | TN | TN | |
| 181 | Hubbard, Jr., Bert | 1:23-cv-04675 | USDC, ED NY | 1:23-cv-04675 | Direct Filed | 2023-06-23 | 2023-06-23 | NY | AR | AR | AR |
| 182 | Jones, Latrice | 1:23-cv-04229 | USDC, ED NY | 1:23-cv-04229 | Direct Filed | 2023-06-08 | 2023-06-08 | NY | TN | TN | |
| 183 | Kaminsky, Jeanne | 1:23-cv-04869 | USDC, ED NY | 1:23-cv-04869 | Direct Filed | 2023-06-29 | 2023-06-29 | NY | CT | CT | CT |
| 184 | Kreil, Eduard | 1:23-cv-04851 | USDC, ED NY | 1:23-cv-04851 | Direct Filed | 2023-06-28 | 2023-06-28 | NY | NY | NY | |
| 185 | Mahaney, Ernest | 1:23-cv-04446 | USDC, ED NY | 1:23-cv-04446 | Direct Filed | 2023-06-15 | 2023-06-15 | NY | TN | TN | |

**Revised Appendix B**

| | Plaintiff Name(s)[5] | MDL Case No. | Transferring Court | Originating Case No. | Transfer Status[2] | Filing Date | Transfer Date[6] | Filing State | Home State | Original District[3] | Implant Surgery State[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 186 | Matthews, Wanda | 1:23-cv-05440 | USDC, ED NY | 1:23-cv-05440 | Direct Filed | 2023-07-18 | 2023-07-18 | NY | WY | WY | WY |
| 187 | McPhail, Thomas | 1:23-cv-04255 | USDC, ED NY | 1:23-cv-04255 | Direct Filed | 2023-06-09 | 2023-06-09 | NY | TN | TN | |
| 188 | Moore, Tracy & Jeannie | 1:23-cv-05370 | USDC, ED NY | 1:23-cv-05370 | Direct Filed | 2023-07-14 | 2023-07-14 | NY | AR | AR | AR |
| 189 | Mourton, Mary | 1:23-cv-04935 | USDC, ED NY | 1:23-cv-04935 | Direct Filed | 2023-06-30 | 2023-06-30 | NY | OH | OH | OH |
| 190 | Mouton, Shelia Loeb | 1:23-cv-05467 | USDC, ED NY | 1:23-cv-05467 | Direct Filed | 2023-07-19 | 2023-07-19 | NY | LA | LA | |
| 191 | Nelson, Regina | 1:23-cv-04335; 1:23-cv-04697 | USDC, ED NY | 1:23-cv-04335; 1:23-cv-04697 | Direct Filed | 2023-06-23 | 2023-06-23 | NY | TN | TN | |
| 192 | Novins, Marian | 1:23-cv-01703 | USDC, CD CA | 5:23-cv-01246 | CTO-32, 7/17/23 | 2023-06-27 | | CA | CA | | |
| 193 | Pandolfo, Joseph | 1:23-cv-01691 | USDC, ED MO | 4:23-cv-00115 | CTO-19; 2/27/23 | 2023-02-01; 2023-02-09 | 2023-03-06 | MO | MO | | MO** |
| 194 | Pasquale, Palmerino | 1:23-cv-05442 | USDC, ED NY | 1:23-cv-05442 | Direct Filed | 2023-07-18 | 2023-07-18 | NY | NY | NY | |
| 195 | Pochert, Keith | 1:23-cv-03870 | USDC, ED NY | 1:23-cv-03870 | Direct Filed | 2023-05-24 | 2023-05-24 | NY | AR | AR | AR |
| 196 | Poore, Janice | 1:23-cv-04438 | USDC, ED NY | 1:23-cv-04438 | Direct Filed | 2023-06-15 | 2023-06-15 | NY | TN | TN | |
| 197 | Price Jr., Cleveland | 1:23-cv-04447 | USDC, ED NY | 1:23-cv-04447 | Direct Filed | 2023-06-15 | 2023-06-15 | NY | TN | TN | |
| 198 | Price, Billie J. | 1:23-cv-02817 | USDC, ED NY | 1:23-cv-02817 | Direct Filed | 2023-04-14 | 2023-04-14 | NY | AR | AR | AR |
| 199 | Seidwitz, David | 1:23-cv-04437 | USDC, ED NY | 1:23-cv-04437 | Direct Filed | 2023-06-15 | 2023-06-15 | NY | OH | OH | OH |
| 200 | Sherfield, Jeffrey | 1:23-cv-04439 | USDC, ED NY | 1:23-cv-04439 | Direct Filed | 2023-06-15 | 2023-06-15 | NY | TN | TN | |
| 201 | Spense, Mark[7] | | USDC, ED NY | | Direct Filed | 2023-06-09 | 2023-06-09 | NY | TN | TN | |
| 202 | Stooksbury, Amy | 1:23-cv-04449 | USDC, ED NY | 1:23-cv-04449 | Direct Filed | 2023-06-15 | 2023-06-15 | NY | TN | TN | |
| 203 | Williams, Durwin | 1:23-cv-05439 | USDC, ED NY | 1:23-cv-05439 | Direct Filed | 2023-07-18 | 2023-07-18 | NY | AR | AR | AR |

---

7. Plaintiff Mark Spense has no "MDL Case No." or "Originating Case No." because he failed to file his short-form complaint on the correct docket and has not remedied his failure. TPG includes him in this Appendix for the Court's reference.