# EXHIBIT A

| Case | Case No. | Court |
|---|---|---|
| Louis Aliperta, Jr. v. Exactech, Inc., et al. | 152304/2023 | Supreme Court of the State of New York, County of New York |
| Danielle L. Arvanitakis v. Midway Medical Products, Inc., et al. | 2023-L-007155 | Circuit Court of Cook County, Illinois, Law Division |
| Cynthia Barry v. Castle Stuart Medical, LLC, et al. | 2023-L-008751 | Circuit Court of Cook County, Illinois, Law Division |
| Michael Biasotti and Barbara Biasotti v. Exactech, Inc., et al. | 153274/2023 | Supreme Court of the State of New York, County of New York |
| Cecelia A. Bonin v. Exactech, Inc., et al. | 825-468 | 24th Judicial District for the Parish of Jefferson, Louisiana |
| Stewart F. Brownlee v. Exactech, Inc., et al. | 151155/2023 | Supreme Court of the State of New York, County of New York |
| David A. Burg v. Midway Medical Products, Inc., et al. | 2023-L-008846 | Circuit Court of Cook County, Illinois, Law Division |
| William Caldarera and Renee Caldarera v. Exactech, Inc., et al. | 152376/2023 | Supreme Court of the State of New York, County of New York |
| David Campbell v. Midway Medical Products, Inc., et al. | 2023-L-000081 | Circuit Court of Cook County, Illinois, Law Division |
| Nancy Collum-Bradford, et al. v. Exactech, Inc., et al. | STK-CV-UPI-2019-17097 | Superior Court of the State of California, County of San Joaquin |
| Kenneth Cox v. Exactech, Inc., et al. | CIV SB 2224697 | Superior Court of the State of California, County of San Bernardino |
| Marva Cudjoe v. Exactech, Inc., et al. | 153856/2023 | Supreme Court of the State of New York, County of New York |
| Ruth Dewalt v. Midway Medical Products, Inc., et al. | 2023-L-008736 | Circuit Court of Cook County, Illinois, Law Division |
| Debra L. Fox v. Midway Medical Products, Inc., et al. | 2023-L-007160 | Circuit Court of Cook County, Illinois, Law Division |
| Natale Gigliotti v. Stephen Fealy, MD., et al. | 805221/2023 | Supreme Court of the State of New York, County of New York |
| Jackie R. Harding  v. Midway Medical Products, Inc., et al. | 2023-L-007170 | Circuit Court of Cook County, Illinois, Law Division |
| Stephanie Hashim v. Exactech, U.S., Inc., et al. | 23STCV10912 | Superior Court of the State of California, County of Los Angeles, Central District |
| Teresa Johnson v. Midway Medical Products, Inc., et al. | 2023-L-000089 | Circuit Court of Cook County, Illinois, Law Division |
| Sharon A. Katz and Henry Katz v. Exactech, Inc., et al. | 160888/2022 | Supreme Court of the State of New York, County of New York |

| | | |
|---|---|---|
| James Keegan and Patricia Keegan v. Exactech, Inc., et al. | 152265/2023 | Supreme Court of the State of New York, County of New York |
| Michael Kelly v. Exactech, U.S., Inc., et al. | 23CV415475 | Superior Court of the State of California, County of Santa Clara |
| Richard Kloepfer v. Midway Medical Products, Oinc., et al. | 2022-L-009897 | Circuit Court of Cook County, Illinois, Law Division |
| Daniel R. Kolzow v. Midway Medical Products, Inc., et al. | 2022-L-008227 | Circuit Court of Cook County, Illinois, Law Division |
| Richard Kostyra and Lorraine Antoniello v. Exactech, Inc., et al. | 151170/2023 | Supreme Court of the State of New York, County of New York |
| Marvin Langford v. Exactech, U.S., Inc., et al. | STK-CV-UPL-2023-0005811 | Superior Court of California, County of San Joaquin |
| Valerie Lawson v. Midway Medical Products, Inc., et al. | 2023-L-000096 | Circuit Court of Cook County, Illinois, Law Division |
| Bruce R. Matuszak v. Midway Medical Products, Inc., et al. | 2023-L-000095 | Circuit Court of Cook County, Illinois, Law Division |
| Karen Nelson v. Midway Medical Products, Inc., et al. | 2023-L-000095 | Circuit Court of Cook County, Illinois, Law Division |
| Marilyn Nowak v. Castle Stuart Medical, LLC, et al. | 2022-L-010093 | Circuit Court of Cook County, Illinois, Law Division |
| Theresa M. Pagnotta, et al. v. Exactech, Inc., et al. | 152798/2022 | Supreme Court of the State of New York, County of New York |
| Dominic Ruettiger v. Midway Medical Products, Inc., et al. | 2023-L-006924 | Circuit Court of Cook County, Illinois, Law Division |
| Jane Sabesan v. Exactech, Inc., et al. | TBD | Supreme Court of the State of New York, County of New York |
| Joyce Schiavone v. Exactech, Inc., et al. | 151247/2023 | Supreme Court of the State of New York, County of New York |
| Phyllis Schnitzer v. Exactech, Inc., et al. | 157476/2023 | Supreme Court of the State of New York, County of New York |
| Karen J. Shea and Thomas Shea v. Exactech, Inc. | 158325/2023 | Supreme Court of the State of New York, County of New York |
| Victor Sohn and Tena Sohn v. Joint Health LLC d/b/a Motion Orthopaedics, et al. | 22SL-CC01430 | Circuit Court of St. Louis County, Missouri |
| Judy C. Thornton v. Midway Medical Products, Inc., et al. | 2023-L-007849 | Circuit Court of Cook County, Illinois, Law Division |
| Linda I. White v. Midway Medical Products, Inc., et al. | 2023-L-006803 | Circuit Court of Cook County, Illinois, Law Division |
| Delomie Williams v. Exactech, Inc., et al. | 154339/2023 | Supreme Court of the State of New York, County of New York |
| Franklin S. Wilson v. Exactech, Inc., et al. | A-23-877627-C | District Court of Clark County, Nevada |