**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**(BROOKLYN)**

| | |
|---|---|
| IN RE: EXACTECH POLYETHYLENE ORTHOPEDIC PRODUCTS LIABILITY LITIGATION | MDL No. 3044 (NGG) (MMH)<br><br>Case No.: 1:22-md-03044-NGG-MMH<br><br>District Judge Nicholas G. Garaufis<br>Magistrate Judge Marcia M. Henry |

THIS DOCUMENT RELATES TO: ALL CASES

This matter having been opened to the Court jointly by the Plaintiffs and the Exactech Defendants and for good cause shown,

It is on this____6th____ day of November 2023 ORDERED

1.  The obligations for the service of Plaintiff Fact Sheets and Defense Fact Sheets as set forth in the Amended Fact Sheet Implementation Order (Dkt. 166) be and hereby are suspended for a period of six months from the date of this Order for all hip cases regardless of filing date, and for all knee cases filed after July 1, 2023 excepting those that are a part of the Bellwether selection process.

2.  This Order does **not** apply to the obligation to serve a Preliminary Disclosure Form as set forth in Amended Case Management Order 2 (Dkt. 168).

Dated: Brooklyn, New York
       November 6, 2023

*Marcia M. Henry*
Hon. Marcia M. Henry, U.S.M.J.