AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| Plaintiffs | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| Exactech, Inc., et al. | ) |
| *Defendant* | ) |

Case No.   1:22-md-3044

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                                            .

Date:      01/17/2024

/s/ George E. McLaughlin
*Attorney's signature*

George E. McLaughlin, CO Bar No. 16364
*Printed name and bar number*
McLaughlin Law Firm, P.C.
1890 Gaylord Street
Denver, CO 80206


*Address*

GEM@McLLF.com
*E-mail address*

(720) 420-9800
*Telephone number*

(720) 677-7707
*FAX number*



# SUPREME COURT
## State of Colorado,

**STATE OF COLORADO,** ss:

I, __Cheryl Stevens__, *Clerk of the Supreme Court of t h e   S t a t e o f  Colorado, do hereby certify that*

__GEORGE E. MCLAUGHLIN__

*has been duly licensed and admitted to practice  as an*

## ATTORNEY AND COUNSELOR AT LAW

*within this State; and  that  this  name  appears  upon the Roll  of Attorneys and  Counselors at Law  in my office of  date  the* __2nd__

*day of* __January__ *A.D.* __1987__ *and that at the date hereof the said* __GEORGE E. MCLAUGHLIN__ *is in good  standing  at this Bar.*



**IN  WITNESS  WHEREOF,** *I  have  hereunto  subscribed  my  name and affixed the Seal of said Supreme  Court, at Denver, in said State, this* __29th__ *day of* __August__ *A.D.* __2023__

*Cheryl Stevens*

Clerk

By _Myra Sanchez_

Deputy Clerk