AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| Plaintiffs | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-md-3044 |
| Exactech, Inc. et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs.

Date: 02/26/2024

/s/ Shayna Slater
*Attorney's signature*

Shayna Slater, Esq. PA Bar No. 311007
*Printed name and bar number*

Anapol Weiss
One Logan Square
130 N. 18th Street, Suite 1600
Philadelphia, PA 19103
*Address*

sslater@anapolweiss.com
*E-mail address*

(215) 790-4583
*Telephone number*

(215) 875-7736
*FAX number*