# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK
# BROOKLYN DIVISION

| | |
|---|---|
| IN RE: EXACTECH POLYETHYLENE PRODUCTS LIABILITY LITIGATION<br><br>MDL NO. 3044 | Case No. 1:22-md-3044-NGG-MMH<br><br>Judge Nicholas G. Garaufis<br><br>Magistrate Judge Marcia M. Henry |
| *This Document Relates to:*<br>Civil Action No. 1:24-cv-03097<br><br>**DALENE KAMAKEA**<br>       *Plaintiff*<br>   v.<br><br>**EXACTECH, INC., et al.**<br>       *Defendants* | **NOTICE OF PARTIAL VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff DALENE KAMAKEA hereby voluntarily dismisses her claims against the following Defendants <u>only</u>, without prejudice: TPG Inc., Osteon Holdings, Inc., Osteon Merger Sub, Inc., and Osteon Intermediate Holdings II, Inc. This Notice of Partial Voluntary Dismissal Without Prejudice has no bearing on Plaintiff's claims against Defendants Exactech, Inc. or Exactech U.S., Inc.

Dated: May 29, 2024

*/s/ Daniel C. Burke*
Daniel C. Burke
**Bernstein Liebhard LLP**
10 E 40th St, Floor 29
New York, NY 10016
Tel: (212) 779-1414
dburke@bernlieb.com
*Counsel for Plaintiff Dalene Kamakea*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2024, I electronically filed this document using the Court's CM/ECF system which effectuates notice to and service on all counsel of record.

>                                   */s/ Daniel C. Burke*
>                                   Daniel C. Burke