IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

| | |
|---|---|
| IN RE: EXACTECH POLYETHYLENE PRODUCTS LIABILITY LITIGATION<br><br>MDL NO. 3044 | Case No. 1:22-md-3044-NGG-MMH<br><br>Judge Nicholas G. Garaufis<br><br>Magistrate Judge Marcia M. Henry |
| *This Document Relates to:*<br>Civil Action No. 1:23-cv-07428<br><br>**FAYE SMITH CHOPIN and FLOYD PATTERSON CHOPIN**<br>       *Plaintiffs*<br>   v.<br><br>**EXACTECH, INC., et al.**<br>       *Defendants* | **NOTICE OF PARTIAL VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs **FAY SMITH CHOPIN and FLOYD PATTERSON CHOPIN** hereby voluntarily dismiss their claims against the following Defendants only, without prejudice: TPG Inc., Osteon Holdings, Inc., Osteon Merger Sub, Inc., and Osteon Intermediate Holdings II, Inc. This Notice of Partial Voluntary Dismissal Without Prejudice has no bearing on Plaintiffs' claims against Defendants Exactech, Inc. or Exactech U.S., Inc.

Dated: May 31, 2024          */s/J. Reed Poole*
J. Reed Poole, Jr.
**IRPINO, AVIN & HAWKINS**
2216 Magazine St.
New Orleans, Louisiana 70130
Tel: (504) 504-1500
rpoole@irpinolaw.com

*Counsel for Plaintiff Faye Smith Chopin and Floyd Patterson Chopin*

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2024, I electronically filed this document using the Court's CM/ECF system which effectuates notice to and service on all counsel of record.

*/s/ J. Reed Poole, Jr.*
J. Reed Poole, Jr.