IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

| | |
|---|---|
| IN RE: EXACTECH POLYETHYLENE PRODUCTS LIABILITY LITIGATION<br><br>MDL NO. 3044 | Case No. 1:22-md-3044-NGG-MMH<br><br>Judge Nicholas G. Garaufis<br><br>Magistrate Judge Marcia M. Henry |
| *This Document Relates to:*<br>Civil Action No. 1:24-cv-03424<br><br>**RICHARD JONES**<br>   *Plaintiff*<br> v.<br><br>**EXACTECH, INC., et al.**<br>   *Defendants* | **NOTICE OF PARTIAL VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff RICHARD JONES hereby voluntarily dismisses his claims against the following Defendants only, without prejudice: TPG Inc., Osteon Holdings, Inc., Osteon Merger Sub, Inc., and Osteon Intermediate Holdings II, Inc.  This Notice of Partial Voluntary Dismissal Without Prejudice has no bearing on Plaintiff's claims against Defendants Exactech, Inc. or Exactech U.S., Inc.

Dated: May 31, 2024

                       */s/ Daniel C. Burke*
                       Daniel C. Burke
                       **Bernstein Liebhard LLP**
                       10 E 40th St, Floor 29
                       New York, NY 10016
                       Tel: (212) 779-1414
                       dburke@bernlieb.com
                       *Counsel for Plaintiff Richard Jones*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2024, I electronically filed this document using the Court's CM/ECF system which effectuates notice to and service on all counsel of record.

/s/ *Daniel C. Burke*
Daniel C. Burke