UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
(BROOKLYN)

| | |
|---|---|
| IN RE: EXACTECH POLYETHYLENE ORTHOPEDIC PRODUCTS LIABILITY LITIGATION | Case No.: 1:22-md-03044-NGG-MMH <br><br> District Judge Nicholas G. Garaufis <br> Magistrate Judge Marcia M. Henry |
| This Document Relates to All Cases | MDL No. 3044 |

## JOINT STATUS REPORT

Pursuant to the Court's January 2, 2025 Order, the parties hereby provide this joint status report regarding the chapter 11 proceedings for Exactech, Inc.

On October 29, 2024, Exactech, Inc. and four affiliated debtors (collectively, the "Debtors") each filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Court"). The cases are pending before the Honorable Laurie Selber Silverstein and are jointly administered under Case No. 24-12441. While the chapter 11 cases are ongoing, all litigation against the Debtors outside of the Court is stayed. On March 18, 2025, the Court entered an order conditionally approving the adequacy of the Disclosure Statement and the Debtors began solicitation of their chapter 11 plan. The Court's hearing to consider confirmation of the Plan is scheduled for May 28, 2025, at 10:00 a.m. (ET). The Debtors are also proposing a sale of substantially all of their assets, and the hearing to consider approval of that sale is currently April 15, 2025, at 10:00 a.m. (ET).

The Official Committee of Unsecured Creditors, who are the fiduciary representative of Exactech's tort creditors as well as other unsecured creditors, opposes approval of the chapter 11 Plan. See Docket No. 817, pp. 9-22, at link below.

More information about Exactech's chapter 11 cases, including the contemplated case timeline and a publicly accessible version of the docket, can be found on the Debtors' bankruptcy case website: https://restructuring.ra.kroll.com/Exactech/Home-Index.

Dated: April 9, 2025                                              Respectfully submitted,

| | |
|---|---|
| **WEITZ & LUXENBERG, P.C.** | **FAEGRE DRINKER BIDDLE & REATH LLP** |
| /s/ Ellen Relkin | /s/ Michael J. Kanute |
| Ellen Relkin | Michael J. Kanute |
| 700 Broadway | Ruben I. Gonzalez |
| New York, NY 10003 | Sean J. Powell |
| T: 212-558-5500 | 320 South Canal Street, Suite 3300 |
| F: 212-344-5461 | Chicago, IL 60606 |
| erelkin@weitzlux.com | T: 312-212-6510 |
| | F: 312-569-3000 |
| | Mike.kanute@faegredrinker.com |
| | Ruben.gonzalez@faegredrinker.com |
| **POPE McGLAMRY, P.C.** | Sean.powell@faegredrinker.com |
| /s/ Kirk Pope | J. Stephen Bennett |
| N. Kirkland Pope | 110 West Berry Street, Suite 2400 |
| 3391 Peachtree Road, NE | Fort Wayne, IN 46802 |
| Suite 300 | T: 260-424-8000 |
| Atlanta, GA 30326 | F: 260-460-1700 |
| T: 404-523-7706 | Stephen.bennett@faegredrinker.com |
| F: 404-524-1648 | |
| Kirkpope@pmkm.com | Susan M. Sharko |
| | 600 Campus Drive |
| ***Plaintiffs' Lead Counsel*** | Florham Park, NJ 07932 |
| | T: 973-549-7000 |
| | F: 973-360-9831 |
| | Susan.sharko@faegredrinker.com |
| | ***Counsel for Defendants Exactech, Inc. and Exactech U.S., Inc.*** |

cc:     All Counsel of Record via ECF