

**W E I T Z**

**&**

**L U X E N B E R G**

A PROFESSIONAL CORPORATION

• LAW OFFICES •

700 BROADWAY    •    NEW YORK, NY 10003-9536
TEL. 212-558-5500          FAX 212-344-5461
WWW.WEITZLUX.COM

PERRY WEITZ
ARTHUR M. LUXENBERG

BENNO ASHRAFI ǂ
JAMES J. BILSBORROW ††
CHARLES M. FERGUSON
ALANI GOLANSKI †
ROBIN L. GREENWALD §§
GARY R. KLEIN ††
JERRY KRISTAL ∞§
ELLEN REHLIN ◆£¥
MICHAEL P. ROBERTS
NICHOLAS WISE ♠◊
GLENN ZUCKERMAN

MEREDITH ABRAMS
ASHLEY S. ARRARAS •
ANDREW L. BACKING ♦
LAURA J. BAUGHMAN ▵▵ *
RETT BERGMARK ⬩
DEVIN BOLTON ǂ
ERIN M. BOYLE §
AMBRE J. BRANDIS
RORY P. BUCKLEY
PATTI BURSHTYN ††
ALICIA D. BUTLER •
NANCY M. CHRISTENSEN ††
GABRIEL D. CLENDENNING
BENJAMIN T. CLINTON

THOMAS COMERFORD ▵
EDWARD M. COSTELLO,III ◊
TERESA A. CURTIN ¶¶
BENJAMIN DARCHE
EMMA DIETZ
ADAM S. DREKSLER
MYRRA DUBEY ▸
JASON B. DUNCAN ¶
BRANDON DUPREE ǂ
F. ALEXANDER EIDEN ¶
AHMED M. EL BIALY ~
MICHAEL FANELLI ††
LEONARD F. FELDMAN ¶
AARON S. FREEDMAN
MARY GRABISH GAFFNEY ¶
AVELINO A. GARCIA
ERICARAE GARCIA ★★
ANDREW J. GAYOSO ~
DIANA G.JONAJ ✻
DANIELLE M. GOLD ††
LAWRENCE GOLDHIRSCH * ♦
NICHOLAS A. GONSALVES
ROBERT J. GORDON ▸†
LAURA GREEN ††
CODY M. GREENES ¶
MATTHEW A. GRUBMAN §
HANEEN HEGAZI
NICOLE A. HYATT
MARIE L. IANNIELLO † ▵·

ERIK JACOBS
A. NAOMI JAWAHAR
JEFFREY S. KANCA ◊◊ ▫
DAVID M. KAUFMAN ††·
SEAN K. KERLEY ⬩
CHANTAL KHALIL
ILYA KHARKOVER
SUZANNE KRIEGER ∼∼
JARED LACERTOSA
MILENA M. LAI ·
DEBBI LANDAU
LAUREN S. LINSENBACH ∼∼
ELIZABETH J. LUXENBERG
JOSEPH J. MANDIA ¶
COLIN MARKEL
JAMIE MATTERA
BRENDAN A. MCDONOUGH ††
SARA MERRILL ·
MICHELLE C. MURTHA ¶
JOSHUA M. NACE
MELINDA DAVIS NOKES ▸ǂ
PAUL F. NOVAK ✻
JOSEPH T. OSBORNE ·
JOSIAH W. PARKER ǂ
MICHAEL E. PEDERSON
BRANDON H. PERLMAN
MICHAEL P. PIGGINS ✻
ROBERT J. QUIGLEY ⬩

ADAM C. RAFFO
ALLISON H. RAUMAN
PIERRE RATZKI
CHRIS ROMANELLI ††
BRITTANY A. RUSSELL ∼
ALEXANDER C. SCHWARZ ¥
JARED SCOTTO
BHARATI O. SHARMA ¶
ALEXANDRA SHEF ·
CAMILA SOTO ǂ
SAMANTHA E. STAHL
GREGORY STAMATOPOULOS ✱
TYLER R. STOCK ·
PETER TAMBINI ††
JAMES S. THOMPSON ††
BENJAMIN VANSLYKE ✶
CASEY THAL VERVILLE ◊
JASON M. WEINER ×✕
JASON P. WEINSTEIN
MARK S. WEINSTEIN ▸†
LAUREN A. WEITZ
JUSTIN J. WEITZ
MARK WEITZ
ZACHARY M. WILDSMITH ⬩
MARC WILLICK ·
ILANA S.WOLK ††

* Of Counsel
⬩ Admitted only in NJ
◊ Admitted only in NJ and PA
ǂ Admitted only in CA
§§ Admitted only in IL
ǂ Admitted only in MI
★★ Admitted only in OH
∼ Admitted only in PA
▸▸ Admitted only in TX
◆ Admitted only in CO, IN, UT & WI
▵▵ Also admitted in CA, TX, MO
∞ Also admitted in CO
§ Also admitted in DC
· Also admitted in FL
◊◊ Also admitted in MA
▴ Also admitted in IL
†† Also admitted in NJ
† Also admitted in PA
✻ Also admitted in SC
- Also admitted in WI
‡‡ Admitted only in CA & UT
¶ Admitted only in NJ & PA
◊ Admitted only in OR & MI
× × Also admitted in DC & MO
† Also admitted in NJ & CT
◊ Also admitted in CT & RI
¶¶ Also admitted in NJ & MI
− Also admitted in CT & RI
✶ Also admitted in NJ & DC
¥¥ Also admitted in NJ & PA
★ Also admitted in CA
∼∼ Admitted only in PA
EC Certified Atty, NJ Supreme Court

November 13, 2025

**VIA ECF FILING**
Honorable Nicholas G. Garaufis, District Judge
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:    Plaintiffs' Motion for Leave to File a Reply to TPG's Response (Dkt. 775)
MDL No. 3044, *In Re: Exactech Polyethylene Orthopedic Products Liability Litigation*,
Case No. 1:22-md-3044-NGG-MMH**

Plaintiffs' respectfully request leave to file the Proposed Reply attached hereto as **Exhibit 1** to address certain arguments, factual inaccuracies, and other accusations asserted by TPG in their November 7, 2025 Letter in Response to Plaintiffs' Request to hold their Rule 60 Motion in Abeyance. *See* Dkt. 774. Having the opportunity to submit the Proposed Response is critical in light of the importance and complexities of the underlying issues before this Court. We merely seek a full and fair opportunity to rebut TPG's objection as set forth in detail in the attached Proposed Reply. We thank the Court for its attention on this matter.

1

Respectfully Submitted,

By: *Ellen Relkin*
    Ellen Relkin, Esq.
    **WEITZ & LUXENBERG P.C.**
    700 Broadway
    New York, NY 10003
    Phone: (212) 558-5938
    Email: erelkin@weitzlux.com

    N. Kirkland Pope, Esq.
    **POPE McGLAMARY P.C.**
    3391 Peachtree Road, NE Suite 100
    Atlanta, GA 30326
    Phone: (404) 523-7706
    Email: kirkpope@pmkm.com

    *Plaintiffs' Co-Lead Counsel*

cc: All counsel of Record via ECF

**Application granted.**
**So Ordered**
  s/Nicholas G. Garaufis

**Hon. Nicholas G. Garaufis**
**Date:** 11/14/25